IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 OCT 17 A 9:29
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE.
_____
Full name and prison number
of plaintiff(s)

v.

SHERIFF'S BEN MOATES et.al.,
RICHARD MOSS, ADMINISTRATOR
OFFICER CANDY STOKES.
OFFICER SHELTON.
OFFICER REDMAN.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:07CV929-WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )   NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) DEREK DEDE.
            _____

            Defendant(s) SHERIFF BEN MOATES. et. al.,
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) FEDERAL.

3. Docket number CIVIL ACTION NO: 1:07-CV-344 MEF

4. Name of judge to whom case was assigned S/ Susan Russ Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition AUGUST 29/2007

II. PLACE OF PRESENT CONFINEMENT EASTERLING CORRECTION FAC. 200 WALLACE DRIVE CLIO, ALABAMA 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED MARCH 3/2006 AND DATE PRIOR TO MAY 26/2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: SHERIFF'S BEN MOATE, AND HIS JAILER'S VIOLATED MY CONSTITUTIONAL RIGHT NOT TO BE EXPOSED TO TB.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SHERIFF'S BEN MOATES, VIOLATED MY CONSTITUTIONAL RIGHT TO BE FREE OF ANY DECEASE, ESPECTFULLY, TUBERCULOSIS, BY DENNIS COOPER, WHO HAD TUBERCULOSIS.

GROUND TWO: IS AN EIGHT AMENDMENT CLAIM THAT OCCURRED ON MARCH 3/2006, WHEN FIRED ON BY OFFICER'S.

SUPPORTING FACTS: JAIL ADMINISTATOR REHARD MOSS, ALLOWED OFFICER CANDY STOKES AND OFFICER SHELTON, OFFICER REDMAN, TO FIRED RUBBER'S BULLETS IN THE CELL TWO WHILE LOCK DOWN, RIGHT TO AMEND.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

HOLD AN EVIDENTIARY HEARING AND PONT COUNSEL WHERE THE FACTS CAN COME OUT, AND COMPENSATE ME FOR MY INJURY I SUBSTAINED.

_____
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                   (Date)

_____
Signature of plaintiff(s)

4

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO ( ) *SEE ATTACH SHEET*

    If the answer is YES, state the total value of the items owned.

    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

    If the answer is YES, describe the property and state its approximate value.

    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____

    _____*N/A*_____
    _____

                                    _____*Derek Dede*_____
                                          Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF *Barbour* )

    Before me, a notary public in and for said County, in said State, personally appeared *Derek John Deed*, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

    That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                    _____*Derek Deed*_____
                                          Signature of Affiant

    Sworn to and subscribed before me this *15th* day of *October*, ~~20~~ *2007*

                                    _____*Donald Simmons*_____
                                          Notary Public

                                    *Barbour* ~~DONALD SIMMONS~~ County, Alabama
                                    Notary Public, AL State at Large
                                    My Comm. Expires Aug. 3, 2009

                    O R

## AMENDED GROUNDS FOR RELIEF

Sheriff's Ben Moats, violated my constitutional right not to be exposed to tuberculosis by other inmates. Dennie Cooper by his untrained jailor who could have a criminal history, or some type of mental prblems that would provent them from carrying out the jail policy.

In a situation where it was known that an inmate was product of tuberculosis, there were a break down in the injury, and as of resulted Mr. Derek Dede is having to continue to see a mental health treatment.

And Sheriff Ben Moats are being suit in his person individual capacity, one million, one million for mental angry, one million for punitive damages.

The record reveal that on November 28, 2006 Mr. Cooper enter Coffee County Jail, He listed on his inmate medical screening sheet that he had tuberculosis. T.B. The records further reveal that Mr. Dennis Cooper was on May 16, 2007 he was transferred to Kilby Correctional Facility.

Richard Moss Jail Administrator, trained or should have been trained to take prompt action when there a medical problems araise, as a jail administrator, he should have known without prompt treatment that he had all the information that would indicate from the records, allowing Mr. Dennis Cooper to mix with the general population, that it would likely result injuries to other inmates.

These inmates was lock down with no weapon to pose any threat to any officers at the coffee County jail.

Officer Candy Stokes are suid in his personal individual capacity, one million in mental angry, one million punitive damages.

Officer Shelton are suid in the personal capacity, one million, one million for mental angry, one million in punitive damages.

Officer Redman are suid in the personal capacity, one million, one million for mental angry, and million in punitive damages.

These officers are persons under 42 U.S.C. § 1983 and whoever open the door to cell two which will be amended as soon as discovery; they knows or should have known that firing them rubber bullets in the cell at them inmates. Antonio Jones was one of the inmates in cell two on March 3, 2006. Some of the inmates that received a direct hit were injury. And that is a violation of United States Constitution under the Eight Amendment Claim, and they are persons under 42 U.S.C. § 1983.

In My previous federal suit I name Sheriff Ben Moates et al., and Stalney Guy Roberts and Zack Ennis.
And Dr. Similar facts involved. But the case was dismissed without prejudice, due to lack of prosecution.

This is attach sheet of additional lawsuits.

2

ON 11/17/05, I BECAME DIZZY AND FELL AND HIT MY HEAD ON THE SINK WHILE LOCK DOWN IN CELL #2/ MR. ZACK ENNIS ADMINISTRATOR, AND OFFICER COLE WAS THE JAILER THAT DAY, WHEN ANTONIO JONES WAS TRYING TO GET SOME ASSISTANCE BY PUSHING THE EMERGENCY BUTTON ON THE WALL, IT WAS PUSHED SEVERAL TIME BY MY CELL MATE ANTONIO JONES,

JAILER OFFICER COLE WAS ON THAT DAY AS I UNDERSTAND, BUT NO ONE ANSTER THE EMERGENCY BUTTON, I FINALLY CAME TO MYSELF FROM THE FALL, AND PUSHED THE BUTTON, THE WERE NEVER A RESPOND TO THIS EMERGENCY MATTER. I WAS COMPLETELY KNOCKED OUT FOR A PRERIOD OF TIME.

AFTER THE NEXT DAY I TOLD THREE DIFFERENT JAILER, I KEPT TRYING TO GET SOME MEDICAL ATTENTION FOR TREATMENT, BECAUSE I WAS STILL PASSING OUT FROM DAY TO DAY, FILNALL FIVE DAYS LATER I WAS TAKEN TO SEE THE JAIL DOCTOR COCHRAM, IN WHICH HE DID NOTHING TO FIND OUT WHAT WAS WORNG WITH MY HEAD, NO EXAMINATION OR EX RAY TO DETERMINE THE INJURY, HE ONLY PRESCRIBED SOME MEDICINE THAT HAD A SIDE EFFECT.

FROM NOVEMBER 17/05 UNTIL MAY 6/2006 WAS THE FIRST TIME I GOT THE M.R.I. DONE. THE DRAFTER MAY NOT HAVE THE EXCAT DATE. ONLY THE MEDICAL RECORDS WILL GIVE THE EXCAT DATE. IT MIGHT HAVE BEEN JUNE 7/2006, 7 MONTHS FROM 11/17/05. WOULD BE MAY 6/2006.

IT ONLY GOT DONE BECAUSE I KEPT ASKING, I KEPT FALLING OUT FROM DIZZNESS, THE JAIL ADMINISTATOR WAS MR. ZACK ENNIS, HE IS ALSO BEING SUED IN HIS INDIVIDUAL CAPACITY, ONE MILLION, ONE MILLION FOR MENTAL ANGUISH, ONE MILLION FOR PUNITIVE DAMAGE. ETC.

3

On 3/3/07. The Sheriff's Department Deputy, Officer Candy Stokes, are being sued in his personal capacity, one million, and one million for mental anguish, one million for punitive damage. Ect.

Officer Shelton, are sued in his personal capacity, one million, and one million for mental anguish, one million for punitive damage. Etc.

Officer Redman, are sued in his personal individual capacity, and one million for mental anguish, and one million for punitive damage, etc.

These officer's and other came in cell #2/Block, with tazer gun's, in a extremely rage movement, and five shots was fired from shots gun's or more. Etc.

One of the inmate substained injury from a direct hit from the rubber bullets that was fireded in the cell# 2/Block, Mr. Dede feared for his life.

Them officer put much fear in all the inmates who was not a threat to any one. They had no weapon or anything would constitute a threat, and no where to go to protect themselve's for cover, them inmates was fired upon, they did not know whether or not the gun's was shooting real bullets or not, and Mr. Dede is mental disrupt.

For any one under this condition would be cruel and unusual punishment. These officer's should have known that what they were doing was violating the rights of the inmates not to fear for their lives.

4

Derek Dede 253851 F1-2-A
Easterling Corr. Facility
200 Wallace Drive
Clio AL, 36017

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery AL, 36101-0711

IN THE UNITED STATE DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHREN DIVISION

DEREK DEDE.
        PLANTIFF,
V.

SHERIFF BEN MOATES, et al.,
        DEFENDANT'S

CIVIL ACTION NO: 1:07CV929-WKW

RECEIVED
2007 OCT 17 A 9:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND SAID COUNTY AND STATE OF ALABAMA AT LARGE, PERSONALLY APPEARED DEREK DEDE. WHO BEING KNOWN TO ME AND BEING BY ME DULY SWORN, DEPOSED AND SAYS UNDER OATH AS FOLLOWS:

MY NAME IS DEREK DEDE. I AM AN INMATE WITHIN THE DEPARTMENT'S OF CORRECTIONAL FAC. AT EASTERLING CORRECTIONAL. CLIO, ALABAMA. 36017. I AM OVER TWENTY ONE (21) YEAR'S OF AGE;

MY NAME IS DEREK DEDE, I AM NOW PRESENCE HERE AT EASTERLING CORRECTION FAC.

ON 11/17/2005 I WAS IN THE COOFFEE COUNTY JAIL IN COMPLEX # 4, NEW BROCKTON, ALA. 36351, ON 11/17/2005, WHILE IN THE JAIL I BECAME DIZZY AND FELL AND HIT MY HEAD ON THE SINK IN CELL #2/ THE EMERGENCY BUTTON WAS PUSH BY CELLMATE ANTONIO JONES SEVERAL TIMES, NO ONE ANSWER THE EMERGENCY BUTTON ON THE WALL.

I FINALLY CAME TO MYSELF AND DISCOVERED THAT I WAS INJURY, AND MADE IT TO THE EMERGENCY BUTTON AND PUSH THE BUTTON MYSELF AND NO ONE CAME TO THE CELL TO INQUIRE WHY THE BUTTON WAS PUSHED.

AFFIDAVIT / DEDE. / SHERIFF'S /

1

THE NEXT DAY WHICH WAS 11/18/2005, I TOLD THREE DIFFERENT JAILER OF MY INCIDENT. MY HEAD WAS SWOLLEN, I WAS STILL PASSING OUT FROM DAY TO DAY, NO ASSISTANCE YET. FINALLY FIVE DAYS AFTER THE INCIDENT, I WAS TAKEN TO SEE A DOCTOR. THE DOCTOR DID NOTHING TOWARD EXAMINATION OF MY HEAD, I BELIEVED MY SKULL WAS CRACK AT THAT POINT, SEEM LIKE MY HEAD WAS IN A VISE. I WAS CONTINUE TO HAVE THE HEADACHES AND DIZZINESS.

I BELIEVED IT WAS DOCTOR COCHRAN, HE ONLY PRESCRIBED SOME MEDICAL THAT HAD A SIDE EFFECT TO IT. LATER I WAS TAKEN BACK TO THE SAME DOCTOR. AND I ASK TO HAVE M.R.I. BECAUSE I WAS STILL HAVING HEADACHES, AND SUFFERING WITH DIZZY SPELL'S QUITE OFTEN. FROM THAT DAY IT TOOK SEVEN (7) MONTHS BEFORE I COULD GET THE M.R.I. DONE, BECAUSE I WAS CONTINUE TO ASK FOR M.R.I. TO BE DONE.

THIS IS OCTOBER 2007 AND I STILL HAVE THE IMPRINT IN MY FOREHEAD, IT SEEM LIKE HIS SKULL WAS PUSHED BACK AS A CRACK AND LEFTED THE IMPRINT IN HIS FORCEHEAD. THE ASSISTANCE A SUMMED THE PRESURE CAUSE THE HEADACHES. FROM WHAT I CAN GATHER FROM THE RECORDS THE JAIL IS RESPONSIBLE FOR THE SEVEN (7) MONTHS DELAY.

I WAS TAKEN BACK TO SEE DOCTOR COCHRAN, I INFORMED HIM THAT HE WAS NOT DOING ANY THING TO ASSIST ME PHYSICAL OR MEDICAL WISE, AND THAT I WAS STILL IN THE SAME SHAPE OR WORSE, AFTER TELLING HIM THAT HE REFUSE TO SEE ME AGAIN.

HE THEN BECAME ANGRY AND BLOCK ME FROM COMING BACK TO SEE HIM, AND THE JAIL ADMINISTRATOR HAS NOT TAKEN ME TO ANY OTHER DOCTOR. SEEM LIKE FROM THE RECORD THIS WAS OCTOBER 4/2006.

## TESTED POSITIVE FOR TB.

I WAS EXPOSED TO TB. WHILE IN COFFEE COUNTY JAIL, AN INMATE WAS PLACED IN THE GENERAL POPULATION WITH FULL BLOW TB. CELL BLOCK A2/ WHERE I WAS HOUSED, HE WAS ESCORTED TO LOCK DOWN CELL IN THE JAIL, LATER I WAS TESTED POSITIVE FOR TB.

AFFIDAVIT/DEDE/SHERIFF'S/                                                                2

ON 7/1/06 I WAS THEN ORDERED BY THE DOCTOR TO TAKE INH. FOR 6 MONTHS. I WAS IN COOFFEE COUNTY JAIL ABOUT 18 MONTHS.

## SHOOTING IN JAIL

ON 3/3/07, THE SHERIFF'S DEPARTMENT DEPUTY, OFFICER CANDY STOKES, AND OFFICER SHELTON, AND OFFICER REDMAN AND OTHER OFFICER'S, I DON'T KNOW THEIR NAMES, CAME IN TO CELL BLOCK #2 WITH TAZER GUN'S, THEY WERE SHOOTING RUBBER BULLETS, THEY WERE EXTREMELY RAGE BY THEIR ACTION, FIVE SHOTS OR MORE WAS FIREDED FROM THEIR SHOT GUN'S. ONE INMATE WAS HIT AND SUBSTAINED SOME INJURY, WE ALL WERE TRYING TO HIND BEHIND ONE OTHER FROM THE SHOTS.

AT THAT TIME WE DID NOT KNOW WHETHER THEY WAS FIRING REAL BULLETS OR NOT, I FEARED FOR MY LIFE, I NOW HAVE CONSTOUTLY BED NIGHT MARE'S.

THEM OFFICER'S PUT MUCH FEARED IN THOSE INMATES, MR. DEREK DEDE WAS TRAWMATIZED BY THE SHOOTING IN THE CELL #2, HE HAVE NOW DEVELOPED A MENTAL PROBLEM'S, HE IS ON SOME TYPE OF MENTAL TREATMENT TO DEAL WITH HIS CONDITION.

### AFFIDAVIT

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 15TH DAY OF October 2007

*Derek Dede*

*Donald Simmons*
NOTARY PUBLIC

MY COMMISSION EXPIRE ADDED. EFF.

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

AFFIDAVIT/ DEDE/ SHERIFFS/

3