IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

DEREK DEDE
Plaintiff(s)   253851

vs.

SHERIFF'S BEN MOATES, et. al.
Defendant(s)

1:07CV929-WKW

I, DEREK DEDE, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)

   B. Rent payments, interest or dividends?   YES ( )   NO (✓)

   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)

   D. Gifts or inheritances?   YES ( )   NO ( )   SEE ATTACH SHEET.

   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10-5-07__.
      (date)

_Derek Dede_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _See attached_
2. $_____ on the 1st day of _See attached_
3. $_____ on the 1st day of _See attached_
4. $_____ on the 1st day of _attached_
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_See attached_

_Yolanda Garan, ASAT_
Authorized Officer of Institution

DATE __10/05/07__

```
                     STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


AIS #: 253851       NAME: DEDE, DEREK JOHN              AS OF: 10/05/2007

                   # OF         AVG DAILY          MONTHLY
          MONTH    DAYS         BALANCE            DEPOSITS
---------------------------------------------------------------------------

          OCT       26           $0.00              $0.00
          NOV       30           $0.00              $0.00
          DEC       31           $0.00              $0.00
          JAN       31           $0.00              $0.00
          FEB       28           $0.00              $0.00
          MAR       31           $0.00              $0.00
          APR       30           $0.00              $0.00
          MAY       31           $0.00              $0.00
          JUN       30           $0.00              $0.00
          JUL       31           $0.00              $0.00
          AUG       31          $77.86            $697.22
          SEP       30         $455.04            $242.40
          OCT        5         $158.68             $30.00
```