RECEIVED

2007 OCT 17 A 9:29

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. 1:07CV929-WKW |
| ) | |
| SHERIFF BEN MOATES, et al., ) | |
| RESPONDENT. ) | |

**FEDERAL RULES OF CIVIL PROCEDURE**
**MOTION FOR DISCOVERY**

COMES NOW THE Plaintiff, Derek Dede, pro se and respectfully moves to file this instance motion in the above styled cause, and will off the follows:

1. The Plaintiff move this Honorable Court for an order granting discovery people names that have knowledges of this subject matters;

2. Rule 34 Production of Documents and things and entry upon law for inspection and other purposes.

3. To be product documents concerning records of or names of inmates who was exposed to tuberculosis from Coffee county Jail, August 11, 2006.

4. All the inmates that was exposed to tuberculosis that was transferred to Kilby Correctional Facility May 16, 2007, names and current addresses.

5. All the inmates that was tested positive for exposure to T.B. date and names and current address on July 26, 2007.

6. Disclose document's names of each officer's who participated in shooting the rubber bullets int he cell where them inmates in cell two.

7. Set out the name and manner in which person made the contacted those groups of persons or officer's firing rubber bullets, date and current address.

8. Set out the names of persons at mental health who tested and treated any inmates set out above, names and current address of individual who participated in treating the inamtes who was tested positive or negative for T.B.

Respectfully submitted,

Done this the _____ day

_____ 2007