IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2007 OCT 17 A 9:30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE.
   PLAINTIFF.

V.                                CIVIL ACTION NO.

SHERIFF'S BEN MOATES. ET. aL.,
   DEFENDANT'S.

FEDERAL RULES OF CIVIL PROCEDURE
RULE 36. REQUEST FOR ADMISSION, RULE 33
AND INTERROGATORIES TO PARTIES.

COMES NOW THE PLAINTIFF DEREK DEDE, PRO. SE,) AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE FOR AN ORDER GRATING THE ABOVE. AND WILL OFFER THE FOLLOWS:

1. PLAINTIFF CONTENTION IS ONLY FOR THE TRUTH IN THIS MATTER'S AT HAND. AND WISH TO REQUEST ADDITIONAL DISCOVERY FOR EACH DEFENDANT'S INVOLVED IN THIS MATTER'S;

2. PLAINTIFF'S CONTENDS TO THIS COURT'S THAT HE ONLY WANT TO HOLD ANY DEFENDANT'S THAT ALLOWABLE FOR THEIR ACTION PART TAKEN WHILE IN COOFFEE COUNTY JAIL,

                     RESPECTFULLY SUBMITTED
                         DEREK DEDE.

DONE THIS THE 15 DAY OF OCTOBER 2007