IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon consideration of the motion for discovery (Court Doc. No. 3) and the request for admissions/interrogatories filed by the plaintiff on October 17, 2007 (Court Doc. No. 3), which the court construes as a motion for leave to submit requests for admissions/interrogatories, and for good cause, it is

ORDERED that these motions be and are hereby DENIED. Additionally, in accordance with the authority granted this court to limit discovery, Rule 26(b), *Federal Rules of Civil Procedure*, it is

ORDERED that:

1. No motions for discovery be filed by the plaintiff prior to submission of all requisite responsive pleadings/documents, including but not limited to answers and special reports, filed by the defendants.

2. Within fifteen (15) days after the filing of such responsive pleadings/documents, the plaintiff may seek leave of court to file requests for discovery. The plaintiff is *cautioned* that requests for discovery "shall be limited by the court" if the proposed

discovery "is unreasonably cumulative or duplicative ..." of that previously produced by the defendants or response(s) to the discovery sought would be unduly burdensome or expensive. Rule 26(b)(2)(C)(i) and (iii), *Federal Rules of Civil Procedure*. The plaintiff is further advised that any request for discovery must be relevant to his claims for relief. Rule 26(b)(1), *Federal Rules of Civil Procedure*.

    Done this 18th day of October, 2007.

                      /s/ Susan Russ Walker
                      SUSAN RUSS WALKER
                      UNITED STATES MAGISTRATE JUDGE