IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE, #253851,
PLAINTIFF,

V.                                          CIVIL ACTION NO. 1:07-CV-929-WKW
                                            [WO]
SHERIFF BEN MOATES, et al.,
DEFENDANT'S.

### OBJECT TO THE MAGISTRATE RECOMMENDATION DATED 11/16/07

COMES NOW PLAINTIFF DEREK DEDE PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE, AND MOVE TO OFFER THE FOLLOWS:

1. PLAINTIFF DEREK DEDE COMPLIED WITH THIS COURT'S ORDERED OF OCTOBER 17TH/2007 ORDERED WITH PROMPT ACTION, THERE HAVE BEEN A CLERICAL MISTAKE MADE THROUGH DIVISION DEPARTMENT'S.

2. ON OCTOBER 18TH/2007 PROMPT ACTION WAS TAKEN TO PROVENT THIS RECOMMENDATION OF THE MAGISTRATE JUDGE IN AVANCE: EXHIBIT (A)

3. PLAINTIFF DEDE SEEK AN ORDER TO RESTORE HIS CASE BACK FOR DECISION ON THE MERITS OF THE ISSUES, PLAINTIFF ASK THIS COURT TO RECONSIDER IT'S ORDER OF NOVEMBER 16TH/2007, FOR GOOD CAUSE, SEE EXHIBIT (A).

CC:

4. PLAINTIFF DEDE CONTENDS THAT PAYMENT HAVE BEGAIN TOWARD THE AMONT REQUIRE, THE RECOMMENDATION OF THE MAGISTRATE JUDGE IS DUE TO BE REVERSE DUE TO CURRENT AMONT HAS BEEN MET.

## CERTIFICATE OF SERVICE

I HEREBY BY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON:

ATTORNEY GENERAL OFFICE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-152

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID, AND PROPERLY ADDRESSED NOVEMBER 21/2007

RESPECTFULLY SUBMITTED
DEREK DEDE, PRO-SE.,
#253851
200 WALLACE DRIVE
CLIO, ALABAMA 36017

2

CC:

DEREK DEUL #253851
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001013
Cashier ID: brobinso
Transaction Date: 10/31/2007
Payer Name: JANICE DEDE
-----------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:        $32.32
-----------------------------------
MONEY ORDER
 Check/Money Order Num: 11241460642
 Amt Tendered: $32.32
-----------------------------------
Total Due:     $32.32
Total Tendered: $32.32
Change Amt:    $0.00

PAYMENT PER ORDER DATED 10/18/07
```

*Keep This with the rest of your paper work.*

EXHIBIT (A)