```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001013
Cashier ID: brobinso
Transaction Date: 10/31/2007
Payer Name: JANICE DEDE
-----------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:         $32.32
-----------------------------------
MONEY ORDER
 Check/Money Order Num: 11241460642
 Amt Tendered: $32.32
-----------------------------------
Total Due:      $32.32
Total Tendered: $32.32
Change Amt:     $0.00

PAYMENT PER ORDER DATED 10/18/07
```

*Keep this with the rest of you paper work.*

EXHIBIT (A)