IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

Upon review of the objection filed by the plaintiff on November 30, 2007 (Court Doc. No. 8), in which the plaintiff submits a copy of the receipt from this court indicating payment of the requisite initial partial filing fee on October 31, 2007, it is

ORDERED that the Recommendation entered on November 16, 2007 (Court Doc. No. 7) be and is hereby WITHDRAWN. As receipt of the initial partial filing fee has not yet been entered on the docket in this case, the Clerk is hereby DIRECTED to undertake such action.

Done this 3rd day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE