```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001378
Cashier ID: cstrecke
Transaction Date: 12/04/2007
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: DEREK JOHN DEDE
 Case/Party: D-ALM-2-07-CV-000929-001
 Amount:        $24.00
-----------------------------------
CHECK
 Remitter: EASTERLING CORR FACILITY
 Check/Money Order Num: 3086
 Amt Tendered:  $24.00
-----------------------------------
Total Due:      $24.00
Total Tendered: $24.00
Change Amt:     $0.00

DALM207CV000929-001
```