**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Officer Shelton
Coffee County Jail
4 County Complex
New Broxton, AL  36351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sandy Pope*  ☐ Agent  ☐ Addressee

by (Printed Name): Sandy Pope
C. Date of Delivery: 12/4/7

address different from item 1? ☐ Yes
ter delivery address below: ☐ No

07cv929
po+cnp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article (Trans:)  7007 1490 0000 0024 8820

February 2004   Domestic Return Receipt   102595-02-M-1540