**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Candy Strokes, Officer
Coffee County Jail
4 County Complex
New Broxton, AL  36351

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sandy Pope_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sandy Pope
C. Date of Delivery: 12/4/7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv929 PC/np

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0024 8806

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540