| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece | A. Signature<br>X _Charlutts Whitehust_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _Charlutte Whitehurst_ C. Date of Delivery _12/5/7_ |
| Richard Moss, Administrator, Coffee Co.<br>4 County Complex<br>New Broxton, AL 36351 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>_Coffee Co. Jail 07cv 929 PO+Cnp_ |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0024 8813 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540