IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK DEDE, #253851,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-929-WKW |
| | ) |
| **SHERIFF BEN MOATES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR**
**SPECIAL REPORT AND ANSWER**

COME NOW Defendants Richard Moss, Candy Stokes, Jeffrey Shelton, and Austin Redman in the above-styled cause, and move this Honorable Court for an extension of time of thirty (30) days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1. The Defendants' Special report in this matter is due on January 15, 2008.

2. Counsel for Defendants has not been able to meet with all of the witnesses and obtain affidavits needed to complete the Special Report.

3. In light of the holidays, the Defendants are asking for thirty (30) days in order to find the witnesses and obtain the necessary affidavits.

4. The Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

1

WHEREFORE, PREMISES CONSIDERED, Defendants Richard Moss, Candy Stokes, Jeffrey Shelton, and Austin Redman respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including February 14, 2008.

Respectfully submitted this 15th day of January, 2008.

>s/Gary L. Willford, Jr.
>GARY L. WILLFORD, JR. Bar NO. WIL198
>Attorneys for Defendants
>WEBB & ELEY, P.C.
>7475 Halcyon Pointe Drive (36117)
>Post Office Box 240909
>Montgomery, Alabama 36124
>Telephone: (334) 262-1850
>Fax: (334) 262-1889
>Email: gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the **15th** day of **January, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

>Derek Dede
>AIS 253851
>ADOC Easterling
>Easterling Correctional Facility
>200 Wallace Drive
>Clio, Al 36071-2615

>**s/Gary L. Willford, Jr.**
>OF COUNSEL