IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the motion for extension of time filed by defendants Moss, Stokes, Shelton, and Redman on January 15, 2008 (Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from January 11, 2008 to and including February 14, 2008 to file their special report and answer.

Done this 15th day of January, 2008.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE