IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK DEDE, #253851,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-929-WKW |
| | ) |
| **SHERIFF BEN MOATES, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Richard Moss, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

        This party is a governmental entity, or

        There are no entities to be reported, or

        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted this 17th day of January, 2008.

       **s/Gary L. Willford, Jr.**
       GARY L. WILLFORD, JR. Bar NO. WIL198
       Attorney for Defendants
       WEBB & ELEY, P.C.
       7475 Halcyon Pointe Drive (36117)
       Post Office Box 240909
       Montgomery, Alabama 36124
       Telephone: (334) 262-1850
       Fax: (334) 262-1889
       Email: gwillford@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **17th** day of **January, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

       Derek Dede
       AIS 253851
       ADOC Easterling
       Easterling Correctional Facility
       200 Wallace Drive
       Clio, Al 36071-2615

       **s/Gary L. Willford, Jr.**
       OF COUNSEL