COURT

UNITED STATES DISTRICT COURT OF
THE MIDDLE DISTRICT OF ALABAMA

DEREK DEDE.
PLAINTIFF.

2008 JAN 24 A 9:32

V

CIVIL ACTION NO: 1:07-CV-929-WKW

SHERIFF'S BEN MOATES, et al.,
RESPONDENT'S

PURSUANT TO RULE 24 INTERVENTION
—AND—
AMENDS.

COMES NOW THE PLAINTIFF DEREK DEDE. PRO-SE, AND RESPECTFULLY MOVES TO FILE IN THIS HONORABLE COURT'S IN THE ABOVE STYLE CAUSE, AND WILL OFFER THE FOLLOWS:

1. ON JANUARY 17/2008 THE RESPONDENT'S FILED NOTICE BY ELECTOR FILING AS TO WHO WAS TO RESPOND.

2. OFFICER CANDY STOKES N AND OFFICE RICHARD MOSS, AND OFFICER REDMAN AND OFFICER SHELTON ARE DEFENDENT'S WHO WAS INVOID WITH THE SHOOTING IN THE JAIL CELL.

3. THE FOLLOWING NAMES HAS NOT GIVE NOTICE OF INTENT TO RESPOND TO THE CLAIMS:

CC:

1

L, these names was a part of the 1983 that was filed. And they have not given notice to responds. And Sheriff's Ben Moates has a duty to respond unless he won't to be default. Because he hired them untrain officer's to carry out the jail policy.

The basic part of this lawsuit is base on exposed to T.B. And Mr. Dede preserved the right to amend in his 1983 form. Doctor Cochram did not give notice to respond on January 17, 2008

Administrator Ruth Scheipe, did not give notice on January 17, 2008, they have a duty to respond because they are the basic of the lawsuit. And have duty to respond unless they wont to be default.

And amend administoator Zack Ennis to the lawsuit, he was working at the jail on 11,17,05 and has a duty to identify those officer's that delay the communication's that was monitor the emergency button at the county jail.

Administoator Ruth Scheipe, has a duty to identify those officer's that agreed to let Dennis Cooper in the general population's to contanaminate those inmates.

And not limit to defendant's names or not named in damages and compensation, one million in punitive damage, one million in mental anguish damage and one million in their individual capacity each.

2

cc:

IN THE 1983 FORM PLAINFF PRESERVED THE RIGHT TO AMEND BECAUSE THE LACK OF NAMES TO ALLEGED IN HIS CLAIMES,

ON AUGUST 11/2006 PLAINFF'S DEDE WAS GIVEN I.N.H TREATMENT FOR T.B. BY DR. HENRY STEWART.

OFFICER ZACK ENNIS WAS ADMINIATORE OF THE JAIL ON 11,17,05 HE IS TO BE AMEND TO THE LAW SUIT. HE HAD A DUTY AS ADMINIATOR DIRECTOR IN APPOINTMENT'S OF OUT SIDE VISIT TO DOCTOR'S. 11,17,05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING UPON RESPONDENT'S OFFICE.

Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, AL 36124

BY PLACING SAME IN THE UNITED STATE MAIL, FIRST CLASS POSTAGE PRE PAID AND A PROPERLY ADDRESSED JANUARY 22/2008

RESPECTFULLY SUBMITTED
DEREK DEDE, PRO-SE,
200 WALLACE DRIVE
CLIO, ALABAMA 36017

3

Derek Dede
Easterling Corr Facility
200 Wallace Dr.
Cli'o Al, 36350



MONTGOMERY AL 361
23 JAN 2008 PM 1 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al, 36101-0711

36101+0711