IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In an amendment to the complaint, the plaintiff names Dr. Cochran, Ruth Scheipe and Zack Ennis as defendants. Service was attempted but unperfected on these individuals because they were not at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Dr. Cochran, Ruth Scheipe and Zack Ennis, the plaintiff must furnish the clerk's office with a correct address for each of these individuals. Accordingly, it is

ORDERED that on or before February 19, 2008 the plaintiff shall furnish the clerk's office with the correct addresses of Dr. Cochran, Ruth Scheipe and Zack Ennis. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Dr.

Cochran, Ruth Scheipe and Zack Ennis he/she will not be considered a party to this cause of action, the court will on its own initiative dismiss the claims against Dr. Cochran, Ruth Scheipe and Zack Ennis and this case will proceed against only the defendants on whom service has been perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 30th day of January, 2008.

                                                /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE