DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003678
Cashier ID: brobinso
Transaction Date: 02/01/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:        $10.00
------------------------------------
CHECK
 Check/Money Order Num: 3215
 Amt Tendered: $10.00
------------------------------------
Total Due:       $10.00
Total Tendered: $10.00
Change Amt:      $0.00