US DISTICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHREN DIVISION

2008 FEB -5 A 9:21

U.S. DISTRICT CO.
MIDDLE DISTRICT A

DEREK DEDE.
    PLAINTFF.

V                                    CIVIL ACTION NO. 1:07CV-929-WKW

SHERIFF'S BEN MOATES et.al.,
        RESPONDENT'S

## MOTION TO COMPLY WITH THE COURT ORDERED

COMES NOW THE PLAINTIFF DEREK DEDE, PRO-SE,
AND RESPECTFULLY MOVES TO COMPLY WITH THE COURT ORDERED
IN THE ABOVE CAUSE STYLE CAUSE, AND WILL SHOW AS FOLLOWS:

1. PURSUANT TO THE COURT ORDERED DATE JANUARY 27,2008. TO FURNISH THIS COURT WITH BEN MOATES CORRECT ADDRESSED. AND AS FOLLOWS.

   1694 COUNTY RD 719  ENTERPRISE, ALABAMA 36330

2. THIS COURT'S HAVE WARRANTED PLAINTIFF TO TAKE PRECAUTION IN AMENDING DEFENDANT'S TO THIS CLAIMS, THE ASSISTANCE IS NOT IN THE POSITION TO KNOW ALL DEFENDANT'S WHO WAS INVOLVE. DEREK DEDE IS ON SACK MEDICINE AND NOT AT HIS BEST MIND. DUE TO THE SHOOTING'S OCCURRED IN THE COUNTY JAIL. ASSISTANCE WILL BE CAUTION.

1.

CC:

IT HAS BEEN FURTHER ON JANUARY 30, 2008. THAT THE PLAINTIFF FURNISH THE ADDRESSES OF THE FOLLOWING DEFENDANT'S,

DR. HENRY COCHRAN. 712 COUNTY RD. 114 ABBEVILLE, ALA. 36310.

RUTH SCHEIPE. 217 SALLY STREET DALEVILLE, ALA 36322

ZACK ENNIS. 23470 H'WAY 189 ELBA ALA. 36323

ORDER IS COMPLETED OF JANUARY 30, 2008

RESPECTFULLY SUBMITTED.
DEREK DEDE. PLAINTIFF PRO-SE.,

CC:

2.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SERVED COPY OF THE FOREGOING PLEADING'S UPON:

WEBB & ELEY P. C.
7475 HALICYON POINTE DRIVE
P. O. BOX 240909
MONTGOMERY, ALABAMA 36124

BY PLACING THE SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERTLY ADDRESSED JANUARY 31, 2008.

RESPECTFULLY SUBMITTED
DEREK DEDE, PRO-SE.,
200 WALLACE DRIVE
CLIO, ALABAMA 36017

3

CC:

Derek Dede # 253851 E1-18-B
Easterling Corr. Facility
200 Walace Dr.
Clio Al, 36017

MONTGOMERY AL 361
04 FEB 2008 PM 3 L

"LET US DARE TO REA
THINK, SPEAK
John Adams, 1765

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery Al, 36101-0711

36101+0711