IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to comply with order filed by the plaintiff on February 5, 2008 (Court Doc. No. 34), which the court construes as a motion for leave to submit response to order, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 5th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE