IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On February 5, 2008, the plaintiff filed a response in which he advises the court of addresses for Ben Moates, Dr. Henry Cochran, Ruth Scheipe and Zack Ennis (Court Doc. No. 34). The Clerk is hereby DIRECTED to serve a copy of the complaint (Court Doc. No. 1), amendment to the complaint (Court Doc. No. 29), orders of procedure entered herein on December 3, 2007 (Court Doc. No.11) and January 24, 2008 (Court Doc. No. 31), and this order on Ben Moates, 1694 County Road 719, Enterprise, Alabama 36330, Dr. Henry Cochran 712 County Road 114, Abbeville, Alabama 36310, Ruth Scheipe, 217 Sally Street, Daleville, Alabama 36322, and Zack Ennis, 23470 Highway 189, Elba, Alabama 36323. Accordingly, it is

ORDERED that Ben Moates, Dr. Henry Cochran, Ruth Scheipe and Zack Ennis shall file written reports and answers within thirty (30) days of service of this order as directed in the aforementioned orders of procedure.

The plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is the plaintiff's responsibility. The plaintiff is cautioned that if service is not perfected on Ben Moates, Dr. Henry Cochran, Ruth Scheipe and

Zack Ennis these individuals will not be considered parties to this cause of action and this case will proceed against only those defendants on whom service has been perfected.

Done this 5th day of February, 2008.

                                                /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE