| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br><br>Ben Moates<br>1694 County Road 719<br>Enterprise, AL 36330 | A. Signature<br>X _Ben Moates_   ☐ Agent  ☑ Addressee<br>Received by (Printed Name): Ben Moates   C. Date of Delivery: 2/7/08<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>07CV929<br>proc. ord. etc<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
(Transfer from service label)    7007 2680 0003 1841 6001

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540