| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Zack Ennis* | ☐ Agent<br>☒ Addressee | |
| | B. Received by (*Printed Name*)<br>Zack Ennis | C. Date of Delivery<br>2 6 08 | |
| 1. Article Addressed to:<br>Zack Ennis<br>23470 Highway 189<br>Elba, AL 36323 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>07CV929 | | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0003 1841 5998 | | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540