IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK DEDE, #253851,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-929-WKW |
| | ) |
| **SHERIFF BEN MOATES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO CONSOLIDATE DEADLINES TO FILE THEIR
SPECIAL REPORT AND ANSWER**

COME NOW Richard Moss, Candy Stokes, Jeffrey Shelton, Austin Redman, Ben Moates, and Zack Ennis, Defendants in the above-styled cause, and move this Honorable Court to reset the time for these Defendants to file their Special Report and Answer for March 18, 2008. As grounds for said Motion, the Defendants state as follows:

1. Defendants Moss, Stokes, Shelton, and Redman's Special Report and Answer are currently due February 14, 2008.

2. However, on January 24, 2008, the Court allowed the Plaintiff to amend his Complaint by, *inter alia*, adding Ben Moates and Zack Ennis as parties Defendant. (Doc. 31.)

3. Defendants Moates and Ennis were not served until three days before the filing of the instant motion, and a mere six days before the first Special Report and Answer is due. (Docs. 27 and 38.)

4. The undersigned is counsel of record for all of the moving Defendants.

5. The undersigned has not yet had the opportunity to speak with Defendants Moates and Ennis about the Plaintiff's latest complaint.

6. In the interests of brevity and judicial economy, the undersigned would like to file a single Special Report and Answer to cover all of the moving Defendants.

7. However, as the deadlines are currently set filing a single Special Report and Answer would be impossible, particularly in light of the short period of time between the service of the new Defendants and the due date of the original Defendants' Special Report and Answer.

8. The Court has set March 18, 2008, as the due date for Defendants Moates and Ennis's Special Report and Answer. (Docs. 37 and 38.)

9. Accordingly, the moving Defendants request that the Court extend the time for original Defendants to the currently set due date for the new Defendants so that they may all file a single Special Report and Answer.

WHEREFORE, PREMISES CONSIDERED, Defendants Richard Moss, Candy Stokes, Jeffrey Shelton, Austin Redman, Ben Moates and Zack Ennis respectfully request this Honorable Court set March 18, 2008 as the deadline for them to file an Answer and Special Report.

Respectfully submitted this 11th day of February, 2008.

> **s/Gary L. Willford, Jr.**
> GARY L. WILLFORD, JR. Bar NO. WIL198
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> Email: gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **11th** day of **February, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Derek Dede
      AIS 253851
      ADOC Easterling
      Easterling Correctional Facility
      200 Wallace Drive
      Clio, Al 36071-2615

      **s/Gary L. Willford, Jr.**
      OF COUNSEL