IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to consolidate response deadlines filed by the county defendants on February 11, 2008 (Court Doc. No. 41), which the court construes as a motion for extension of time by defendants Moss, Stokes, Shelton and Redman, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that defendants Moss, Stokes, Shelton and Redman be GRANTED an extension from February 12, 2008 to and including March 18, 2008 to file their special report and answer.

Done this 11th day of February, 2008.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE