US DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

DEREK DEDE,
  PLAINTIFF,

V.

EX SHERIFF'S BEN MOATES et al.,
  DEFENDANT'S

CIVIL ACTION NO 1:07CV-929-WKW.

RECEIVED 2008 FEB 21 A 9:59 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## MOTION TO VOLUNTARY DISMISS.

COMES NOW THE PLAINTIFF'S DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE, AND FOR GOOD CAUSE WILL OFFER THE FOLLOWS:

1. IN MONITORING DEFENDANT'S NAMES WE WISH TO AMEND TO THE LAWSUIT, DUE TO THE LACK OF CURRENT ADDRESS PLAINTIFF ASK THE COURT TO DISMISS WITHOUT PREJUDICE, BECAUSE HE CANNOT LOCAL DR. COCHRAM, HIS ADDRESS CANNOT BE FOUND FROM IN HERE, HOPE TO DISCOVER FROM DEFENDANT'S.

2. IN THE ALTERNATIVE, BY READING THE RECORDS AND DECOVERED THAT DR A. PREYEAR OF 307 N, UNIVERSITY BLVD SUITE NOO MOBILE, ALABAMA 36608 WAS THE ONE THAT SAID MR. DANNIE COOPER DID NOT HAS TEBERLULOUS, MR. COOPER IS THE FIRST TO HAS TEBERLOUS, 11/28/2006

CC:

I.

3. ENCLOSE IS COPIES OF WAIVER AND SUMMONS TO DR. A. PREYEAR AND COPIES OF COMPLAINT'S AS WELL FOR HIS REVIEW AND SIGN, FREE POSTAGE INCLUDED AND A ADDRESSED ENVELOPE ENCLOSED AS WELL FOR RETURN WHEN SIGNED.

CERTIFICATE OF SERVICE

WEBB & ELEY P.C.
7475 HALCYON POINTE DRIVE
P.O. BOX 240909
MONTGOMERY, ALABAMA 36124

DR. A. PREYEAR
307 N. UNIVERSITY BLVD SUITE N00
MOBILE ALABAMA 36608

BY PLACING SAME IN THE UNITED STATE MAIL, FIRST CLASS POSTAGE PRE PAID AND PROPERLY ADDRESSED FEBRUARY 19, 2008

RESPECTFULLY SUBMITTED
DEREK DEDE, PRO-SE.,
200 WALLACE DRIVE
CLIO, ALABAMA 36017

CC:

2

Derek Dede #253851 E1-R8-B
Easterling Corr Facility
200 Wallace Dr 36017

MONTGOMERY AL 361
20 FEB 2008 PM 1 L

LET US DARE
THINK, SPEAK
John Adams
power of the

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101

# FEDERAL RULES OF CIVIL PROCEDURE

## FORM 1B. WAIVER OF SERVICE OF SUMMONS

CAPTION. DEREK DEDE, PLAINTIFF ATTORNEY OR UNREPRE-SENTED PLAINTIFF DERE DEDE.

I ACKNOWLEDGE RECEIPT OF YOUR REQUEST THAT I WAIVE SERVICE OF A SUMMONS IN THE ACTION OF SHERIFF'S BEN MOATES WHICH IS CASE NUMBER 1:07CV-929 WKW. DOCKET NO. IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE OF ALA. SOUTHREN DIVISON. I HAVE ALSO RECEIVED A COPY OF THE COMPLAINT IN THE ACTION. TWO COPIES OF THIS INSTRUMENT. AND A MEANS BY WHICH I CAN RETURN THE SINGNED WAIVER TO YOU WITH OUT COST TO ME.

I AGREE TO SAVE COST OF SERVICE OF A SUMMONS AND AN ADDITIONAL COPY OF COMPLAINT IN THE LAWSUIT BY NOT REQUIRING THAT I (OR THE ENTITY ON WHOSE BEHALF I AM ACTING) BE SERVE WITH JUDICIAL PROCESS IN THE MANNER PROVIDED BY RULE 4.

I (OR THE ENTITY ON WHOSE BEHALF I AM ACTING) WILL RETAIN ALL DEFENSES OR OBJECTIONS TO THE LAWSUIT OR TO THE JURISDICTION OR VENUE OF THE COURT EXCEPT FOR OBJECTIONS BASED ON A DEFECT IN THE SUMMONS OR IN THE SERVICE OF THE SUMMONS.

I UNDERSTAND THAT A JUDGMENT MAY BE ENTERED AGAINST ME (OR THE PARTY ON WHOSE BEHALF I AM ACTING) IF AN ANSWER OR MOTION UNDER RULE 12 IS NOT SERVED UPON YOU WITHIN 60-DAYS AFTER DATE REQUEST WAS SENT TO OR WITHIN 90-DAYS AFTER THAT DATE IF THE REQUEST WAS SENT OUTSIDE THE UNITED STATES.

_____   _____
DATE             SIGNATURE
                 PRINTED/TYPE NAME: _____)
                     [AS _____)
                     [OF _____)

CC:

TO BE PRINTED ON REVERSE SIDE OF THE WAIVER FORM OR SET FORTH AT THE FOOT OF THE FORM:

DUTY TO VAID UNNECESSARY COST OF SERVICE OF COMMONS.

RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES CERTAIN PARTIES TO COOPERATE IN SAVING UNNECESSARY COSTS OF THE SERVICE OF THE COMMONS AND COMPLAINT. A DEFENDANT LOCATED IN THE UNITED STATES TO WAIVE SERVICE OF A COMMONS, FAILS TO DO SO WILL REQUIRED TO BEAR THE COST OF SUCH SERVICE UNLESS GOOD CAUSE BE SHOWN FOR IT'S FAILURE TO SIGN AND RETURN THE WAIVER.

IT IS NOT GOOD CAUSE FOR A FAILURE TO WAIVE SERVICE THAT A PARTY BELIEVES THAT THE COMPLAINT IS UNFOUNDED, OR THAT THE ACTION HAS BEEN BROUGHT IN AN IMPROPER PLACE OR IN A COURT THAT LACKS JURISDICTION OVER THE SUBJECT MATTER OF THE ACTION OR OVER IT'S PERSON OR PROPERTY. A PARTY WHO WAIVES SERVICE OF THE SUMMONS RETAINS ALL DEFENSES AND OBJECTIONS (EXCEPT ANY RELATING TO THE SUMMONS OR TO THE SERVICE OF THE SUMMONS), AND MAY LATER OBJECT TO THE JURISDICTION OF THE COURT OR TO THE PLACE WHERE THE ACTION HAS BEEN BROUGHT.

A DEFENDANT WHO WAIVES SERVICE MUST WITHIN THE TIME SPECIFIED ON THE WAIVER FORM SERVE ON THE PLAINTIFF (OR UNREPRESENTED PLAINTIFF) A RESPONSE TO THE COMPLAINT, AND MUST ALSO FILE A SIGNED COPY OF THE RESPONSE WITH THE COURT. IF THE ANSWER OR MOTION IS NOT SERVED, BY WAIVING SERVICE, A DEFENDANT IS ALLOWED MORE TIME TO ANSWER THEN IF THE SUMMONS HAD BEEN ACTUALLY SERVED WHEN THE REQUEST FOR WAIVER OF SERVICE WAS RECIEVED. (AS ADDED APR. 22, 1993, EFF. DEC. 1, 1993.)

2

FEDERAL RULES OF CIVIL PROCEDURE

FORM 1A.

FORM 1A. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS.

TO: DR. A. PREYEAR (Pregery). A LAWSUIT HAS BEEN COMMENCED AGAINST YOU AND SHERIFF'S BEN MOATES OF COFFEE COUNTY, A COPY OF THE COMPLAINT IS ATTACHED TO THIS NOTICE. IT HAS BEEN FILED IN THE UNITED STATES DISTRICT COURT FOR THE MILLED DISTRICT OF ALABAMA. CASE NO. 1:07 CV-929-WKW.

THIS IS NOT A FORMAL SUMMONS OR NOTIFICATION FROM THE COURT, BUT RATHER MY REQUEST THAT YOU SIGN AND RETURN THE ENCLOSED WAIVER OF SERVICE IN ORDER TO SAVE THE COST OF SERVING YOU WITH A JUDICIAL COMMONS AND AN ADDITIONAL COPY OF THE COMPLAINT; THE COST OF SERVICE IN WILL BE AVOIDED IF I RECEIVE A SIGNED COPY OF THE WAIVER WITHIN 60-DAYS AFTER THE DATE DESIGNATED BELOW AS THE DATE ON WHICH THIS NOTICE AND REQUEST IS SENT. I ENCLOSE A STAMPED AND ADDRESSED ENVELOPE (OR OTHER MEANS OF COST FREE RETURN) FOR YOUR USE. AN EXTRA COPY OF THE WAIVER IS ALSO ATTACHED FOR YOUR RECORDS.

IF YOU COMPLY WITH THIS REQUEST AND RETURN THE SIGNED WAIVER, IT WILL BE FILED WITH THE COURT AND SUMMON WILL BE SERVED ON YOU. THE ACTION WILL THEN PROCEED AS IF YOU HAD BEEN SERVED ON THE DATE THE WAIVER IS FILED. EXCEPT THAT YOU WILL NOT BE OBLIGATED TO ANSWER THE COMPLAINT BEFORE 60-DAYS FROM THE DATE DESIGNATED BELOW AS THE DATE ON WHICH THIS NOTICE IS SENT (OR BEFORE 90-DAYS FROM THAT DATE IF YOUR ADDRESSED IS NOT IN ANY JUDICIAL DISTRICT OF THE UNITED STATES).

CC:

IF YOU DONNOT RETURN THE SIGNED WAIVER WITHIN 30 DAYS WITHIN THE TIME INDICATED, I WILL TAKE APPROPRIATE STEPS TO EFFECT FORMAL SERVICE IN A MANNER AUTHORIZED BY FEDRAL RULES OF CIVIL PROCEDURE AND WILL THEN, TO THE EXTENT AUTHORIZED BY THOSE RULES, ASK THE COURT TO REQUIRE YOU (OR THE PARTY ON WHOSE BEHALF YOU ARE ADDRESSED) TO PAY THE FULL COSTS OF SUCH SERVICE. IN THAT CONNECTION, PLEASE READ THE STATEMENT CONCERNING THE DUTY OF PARTIES TO WAIVE THE SERVICE OF THE SUMMONS, WHICH IS SET FORTH ON THE REVERSE SIDE (OR AT THE FOOT) OF THIS WAIVER FORM.

I AFFIRM THAT THIS REQUEST IS BEING SENT TO YOU ON BEHALF OF THE PLAINTIFF DEREK DEDE. THIS THE 12 DAY OF FEBRUARY 2008

*/s/ Derek Dede*

SIGNATURE OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF.

NOTES.

A- NAME OF INDIVIDUAL DEFENDANT DR. PREYEAR
UNITED STATES DICTICT COURT FOR THE MIDDLE NUMBER.
1:07 CV-929-WKW.
ADDRESSED A. PREYEAR 307 N. UNIVERSITY BLVD SUITE N00
CITY. MOBILE,        STATE ALABAMA        ZIPE 36608

2