IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on February 21, 2008 (Court Doc. No. 43), which the court construes as a motion for leave to amend Dr. A. Preyear as a defendant, and as the plaintiff fails to allege how Dr. Preyear acted in violation of his constitutional rights and does not assert any facts which indicate that this individual acted under color of state law in rendering a diagnosis of Dannie Cooper, it is

ORDERED that the motion for leave to amend be and is hereby DENIED.

Done this 21st day of February, 2008.

                                                  /s/ Susan Russ Walker
                                                  SUSAN RUSS WALKER
                                                  UNITED STATES MAGISTRATE JUDGE