```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004136
Cashier ID: brobinso
Transaction Date: 03/03/2008
Payer Name: EASTERLING CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:         $44.00
-------------------------------------
CHECK
 Check/Money Order Num: 3279
 Amt Tendered:  $44.00
-------------------------------------
Total Due:      $44.00
Total Tendered: $44.00
Change Amt:     $0.00
```