IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK DEDE, #253851,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-929-WKW |
| | ) |
| **SHERIFF BEN MOATES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Ben Moates, Zack Ennis, Richard Moss, Candida Stokes, Austin Redman, and Jeffrey Shelton, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Derek Dede, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's federal claims.

3. The Defendants in this action, in both their individual and official capacities, are entitled to absolute immunity from the Plaintiff's state law claim.

4. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

5. The Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

6. The Plaintiff fails to allege any affirmative causal link between the alleged acts of the Defendants and any alleged constitutional deprivation or the direct participation of the Defendants in any alleged constitutional violation.

7. The Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 17th day of March, 2008.

        **s/Gary L. Willford, Jr.**
        GARY L. WILLFORD, JR., Bar Number: WIL198
        JOSEPH L. HUBBARD, JR., Bar Number HUB015
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  gwillford@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 17th day of March, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Derek Dede, AIS #253851
      Easterling Correctional Facility
      200 Wallace Drive
      Clio, AL  36017

      **s/Gary L. Willford, Jr.**
      OF COUNSEL