IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, # 253851 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-929-WKW |
| ) | (WO) |
| BEN MOATES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 27, 2008, the Magistrate Judge filed a Recommendation (Doc. # 45) that plaintiff's motion to dismiss (Doc. # 43) be granted. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 45) of the Magistrate Judge is ADOPTED;

2. Plaintiff's motion to dismiss (Doc. # 43) is GRANTED;

3. The claims against Dr. Cochran are DISMISSED without prejudice;

4. Dr. Cochran is dismissed as a party to this cause of action;

5. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 18th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE