IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE,
PLAINTIFF,

V.

SHERIFF DAVE SUTTON, et al.,
DEFENDANT'S

CIVIL ACTION NO. 1:07-CV-929-WKW

2008 APR -1 A 9: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FEDERAL RULES OF CIVIL PROCEDURE
RULE 26 (B)(1)(4)

STATE OF ALABAMA )
COUNTY OF COFFEE )

MOTION FOR DISCOVERY

COMES NOW THE PLAINTIFF DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER GRANTING THE ABOVE STYLE CAUSE, AND WILL OFFER THE FOLLOWS:

1. IN CERTAIN THE TRUTH IN THIS MATTER'S A STATEMENT WERE MADE BY RICHARD B. MOSS AT 13. AFFIDAVIT.

13. I LATER LEARNDED THAT THERE WERE SOME INMATIES WHO RECEIVED MINOR INJURIES FROM BEAN BAG ROUNDS. THAT STATEMENT IS NEEDED TO DETERMINE HOW MANY INMATIES WERE INJURIES, FOR THE BASIC OF THE TRUTH, NAMES OF EACH ONE.

CC:

1

Moss, at 20, you said you review the statement that was prepared by my correction officer at Sheriff Sutton's direction regarding the incident. As a result of reviewing those statements, I came to the conclusion that the shift supervisor on duty at the time needed to be dismissed.

That evidence will showed that when two other jailers were initially threatened by the inmates in cell block 2. That information will show why the entery in to cell block 2 was so important that the jailer's get dismissed why;

It is scaned that correction officer's Jacis Caradine prepared the statement concerning the officer's shooting the inmates for nothing

Any and all copies of, or a description by category of, that relate to 3.3.07 cell block 2 the following persons are exspected to be call as witnesses.

1. Jack Caradine made the call for assistance regarding problem's at the jail on 3/3/07

2. Deputy Neal Bradley, he preparation in and saw what occurred basic.

3. Michael Hines also preparation who has not give a statement's as to the truth occurred.

4. Marcus Snell was one of the inmates that in cell block 2. He was hit with the taser's three times or more, who we do not have a statement's the basic.

2

DISCLOSE ANY GRIEVANCE CONDUCTED REGARDING CELL BLOCK 2 ON 3/3/07
(ANY OTHER WITNESSES LISTED IN THE STATE'S MATERIALS.)
STATEMENTS OF ANY OF THE PERSONS LISTED ABOVE AND REPORTS OR STATEMENTS MADE IN CONNECTION WITH THIS CASE ALONG WITH TANGIBLE PAPERS OR OBJECTS WHICH DEFENSE INTENDS TO USE IN A HEARING OR TRIAL.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON:

WEBB & ELEY, P.C.
P.O. BOX 240909
MONTGOMERY, ALABAMA. 36124

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS 27 DAY OF MARCH 2008

RESPECTFULLY SUBMITTED

Dereke Dade

CC:

3