IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHREN DIVISON

RECEIVED
2008 APR -1 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE.
PLAINTIFFS.

V

CIVIL ACTION NO. 1:07-CV-929-WKW

SHERIFF BEN MOATES, ET AL.,
DEFENDANT'S

STATE OF ALABAMA
COUNTY OF COFFEE

FEDERAL RULES OF CIVIL PROCEDURE
RULE 33. INTERROGATORIES TO PARTIES

SHERIFF'S BEN MOATES, THESE ARE GENERAL QUESTION'S YOU WILL HAVE TO ANSWER, OR YOUR ATTORNEY'S.

1. WERE YOU AWARE OF MR. DENNIS COOPER BEING IN JAIL WITH FULL BLOW OF TUBERCLOSIS?

2. WHAT DATE THAT MR COOPER WAS TESTED AND THE DOCTOR SAID THAT MR. COOPER WAS NOT CONTAMINATIVE?

3. WAS MR. DENNIE COOPER ALREADY TAKEN IN H WHEN HE CAME TO JAIL?

4. DID DENNIE COOPER BRING HIS MEDICINE WITH HIM WHEN HE WAS LOCK UP.

5. WHO WAS THE OFFICER OR NURSE THAT GIVE HIM HIS EVERY DAY SUPPLY NAME AND ADDRESSES?

6. WHY WAS NO GENERAL MEDICAL STAFF ALLOWED TO BE STATION IN THE COFFEE COUNTY JAIL? _____

7. IS THERE EVERY BEEN A TIME THAT YOU HAD EMERGENCY AT THE JAIL THAT NEED PROMPT ASSISTANCE? _____

8. IN A EMERGENCY SISTUATION WHAT ARE THE JAILER'S TRAINED TO DO? _____

9. IN HIRING JAILERS WHEN YOU WERE IN COFFEE COUNTY, WHAT WAS THEY REQUIRE TO DO IN EMERGENCY? _____

10. DID YOU INTERVIEW THEM ALL PERSONAL BEFORE THEY WERE HIRED? _____

11. DID YOU CHECK TO SEE WHERE OR NOT THEY HAD A MENTIAL HISTORY BACKGROUND NAMES AND ADDRESSES? _____

12. DID YOU CHECK TO SEE WHETHER OR NOT THAT THEY HAD A HISTORY OF USING DRUGES OR ALCOHOLIC PROBLEM, NAMES AND ADDRESSES _____

13. IF A SISTUATION GET OUT OF HAND WHO IS THEY REQUIRE TO CONTACTED FIRST BEFORE THEY MAKE THAT CALL, NAMES AND ADDRESSES? _____

14. IS THE JAIL ADMINISTATOR IS ALLOW TO MAKE PROMPT DECISIONS WITHOUT YOUR APPROVAL? _____

15. PRIOR TO AUGUST 11/2006 WHO WERE IN THE JAIL THAT WAS TESTED POSITIVE FOR TUBERCULOSIS NAMES AND ADDRESSES 2006?

16. ON MAY 16, 2006 HOW MANY WAS TRANSFERRED T. KILBY WITH MR. COOPER FOR TREATEMENT, NAMES AND ADDRESSES? _____

17. HOW MANY TIMES DID MR. COOPER ENTERED THE COFFEE COUNTY JAIL PRIOR TO 11/28, 2006. DATES, YEARS ? _____

18. WHAT WAS IT CONDITION EACH TIMES HE WAS RELIEF FROM THE JAIL MEDICAL ~~ ~~ WISE ? DATES YEAR ? _____

19. WHAT KIND OF RELIEF BOND HE POSTED TO GET OUT ON, DATES AND YEAR ? _____

20. WAS PROMPT ACTION TAKEN TO MAKE SURE HE WAS MEDICATED WHILE HE WAS JAIL, NAMES AND ADDRESSES ? _____

21. DID MR. COOPER RENTERED ANY TIME IN 2007 ? _____

22. WAS MR. COOPER RETESTED AND TREATED ANY TIME HE WOULD RETURN TO JAIL ? _____

23. WAS THERE ANY TIME MR. COOPER WAS PUT IN CELL BY HIMSELF DATES AND YEAR ? _____

24. DID YOU HAVE AT ANY TIME FROM 2005-2006 NOVEMBER 28 HAD A BREAK OUT OF TB. NAMES AND ADDRESSES ? _____

25. MR. DEREK DEDE, WAS IN THE CELL BLOCK WITH HOW MANY INMATES, NAMES AND ADDRESSES ? _____

DONE THIS THE DAY
MARCH 27      2008

CERTIFICE OF SERVICE
BEBB & ELEY, P.C.
P.O. BOX 240209
MONTGERY, ALB. 36124

x Derek Dede