IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE,
   PLAINTIFF,

V.

CIVIL ACTION NO.: 07-CV-929-WKW

DAVE SUTTON, SHERIFF, et. al.,
   DEFENDANT'S.

STATE OF ALABAMA,
COUNTY OF COFFEE,) FEDERAL RULES OF CIVIL PROCEDURE
             RULE 33, INTERROGATORIES TO PARTIES

SERGEANT JEFFERY W. SHELTON, I HAVE A FEW QUESTION'S
YOU ARE YOUR ATTORNEY NEED TO ANSWER SIR.

1. WHO TOLD YOU THAT THE INMATES WAS IN CELL 2 WERE FIGHTING? NAME AND ADDRESSED? _____

2. WAS THE INMATES LOCK DOWN WHEN YOU ARRIVED AT THE JAIL ON MARCH 3/2007? _____

3. WHAT DAY YOU PARTICIPATED IN A SEARCH AND FIND A SHANKS? _____

4. WHO ORDER YOU TO OPEN FIRE IN CELL BLOCK 2 ON MARCH 3/2007 NAME AND ADDRESSED? _____

5. WAS THE INMATES STILL FIGHTING WHEN YOU ARRIVED AT THE JAIL? _____

6. HOW MANY INMATES WERE FIGHTING IN CELL BLOCK 2 AS YOU KNOW OF? _____

7. WHO WAS MARCUS SNELL WAS FIGHTING PRIOR TO YOUR ARRIVAL IF YOU KNOW? _____

8. OFFICER CANDIDA STOKES HAD PUT CUFF'S ON MARCUS SNELL PRIOR TO YOUR ARRIVAL AT THE JAIL? _____

9. OFFICER CANDY DISGREED WITH THE WAY THING'S BEING HANDLE? _____

10. WERE YOU ABLE TO GO IN CELL BLOCK TO ASSIST IN STOPPING THE FIGHTS? _____

11. WHO WAS THE OFFICER ON DUTY THAT CONTROL THE OPEN AND CLOSING CELL BLOCK 2 NAME AND ADDRESSED? _____

12. HOW MANY ROUNDS YOU FIRED IN CELL BLOCK 2 ON 3,31,07,? _____

13. WHAT WAS THE REASONS WHY YOU HAD TO FIRED IN THE CELL 2? _____

14. DID YOUAL HAD TO FIRE IN CELL BLOCK 17 TO PUT CUFF'S ON INMATE COUNCAL? _____

15. INMATE ALES PYATT WAS ALSO PUT IN CUFF'S BY WHO NAME AND ADDRESS? _____

16. DID OFFICER'S ENGLISH AND OFFICER ARRIVED TO ASSIST IN THE SHOTTING IN ANY CELL? _____

17. DID OFFICER CANDIDA STOKES RETURN TO ASSIST IN RETAKING OF THE JAIL? _____

18. WE KNOW NOW THAT THE INMATES WERE NOT FIGHTING WITHIN THEMSELVES ?

19. WERE YOU ANGERY WHEN YOU ARRIED AT THE JAIL ON 3,3,07 ?

20. EVERY BODY OPEN FIRE IN ORDER TO SECURED THE LOCK DOWN RIGHT ?

21. AS THE RECORDS INDECATED OTHER OFFICERS OPEN FIRE IN CELL BLOCK 2 RIGHT ?

22. SO YOU DON'T KNOW EXCATUAL HOW MANY ROUNDS WAS FIRED ?

23. OFFICER MICHAEL HINES FIRED HIS GUN ALSO TWO TO SECURED LOCK DOWN ?

24. OFFICER NEAL BRADLEY FIRED ALSO RIGHT ?

25. OFFICER AUSTIN REDMAN FIRED HIS GUN RIGHT ALSO ?

DONE THIS THE DAY OF
March 27 2008

Certificate of Service
Webb & Elley
P.O. Box 240904
Montgomery AL 36124

x Derek Dede