IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 APR -1 A 9 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE,
PLAINTIFF

V.                                CIVIL ACTION NO 1:07-CV-929-WKW

EX-SHERIFF'S BEN MOATES, et al,
DEFENDANT'S

STATE OF ALABAMA,
COUNTY OF COFFEE ;    FEDERAL RULES OF CIVIL PROCEDURE
RULE 33 INTERROGATORIES TO PARTIES

① OFFICER ZACK ENNIS. I AM ABOUT TO ASK SOME GENERAL QUESTIONS, YOU ARE YOUR ATTORNEY NEED TO ANSWER OKAY:

1. IT'S A FACT YOU WERE JAIL ADMINISTRATOR ON OR ABOUT 11/26/06? _____

2. ON AUGUST 11/2006 YOU WERE JAIL ADMINISTRATOR ? _____

3. ON OR ABOUT JUNE 2006 WAS RUTH SEHIPEE SHERIFF'S AT THAT TIME. NAME AND ADDRESSED ? _____

4. ON JULY 2006 MS. SIMMONS AT HEALTH DEPARTMENT SAID THAT MR. DEDE, WAS EXPOURSED TO T.B. ADDRESSED ? _____

5. MR. DENNIS COOPER'S CAME TO JAIL AND WENT STRAIGHT TO POPULATION ? JULY 06 ? _____

\* 6. WE KNOW YOU WERE A JAIL ADMINISTRATOR ON OR ABOUT 5/06 ?

\* 7. WHO MONITOR THE EMERGENCY WHEN THE BUZZER GO OFF, NAME AND ADDRESSED ?

\* 8. WERE OFFICER COUNTY WORKING AT THE JAIL ON OR ABOUT ARGUST 11/2006 ?

\* 9. WAS MR. DEDE EXPOSURED TO TEBERCULOUS ON OR ABOUT ARGUST 13 2006 ?

\* 10. THE RECORD INDECATED THAT YOU WERE AT THE JAIL UNTIL MAY 2007 ?

\* 11. HOW LONG WERE ADMINISTRATOR FOR COFFEE COUNTY ?

\* 12. DID YOU START AS A DEPUTY IF SO WHEN ?

\* 13. HOW MANY INMATES TESTED POSITIVE ON ARGUST 11/06 ?

\* 14. THE RECORD SHOWS THAT ON OR ABOT 10/06 YOU WERE AT THE JAIL ?

\* 15. IF YOU WERE AT THE JAIL ON 10/06, YOU KNOW THE ANSWERS TO THESE QUESTION'S ?

16. MR. COOPER WAS AGAIN TO KILBY ON MAY 16/2007 ?

\* 17. ON 6/7/06 MR DEDE WAS TRANSPORTED TO DR. COURTAN IS THAT CORRECT ?

DONE THIS THE DAY OF
March 27
2008

Certificate of Service
Webb & Elley
P.O. Box 240909