IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

RECEIVED
2008 APR -1 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE.
PLAINTIFF.

V.                                CIVIL ACTION NO: 07-CV-929-WKW

EX SHERIFF'S BEN MOATES, et al.,
DEFENDANT'S.

STATE OF ALABAMA )  FEDERAL RULES OF CIVIL PROCEDURE
COUNTY OF COFFEE )  RULE 33. INTRROGATRIES TO PARTIES

OFFICER AUSTIN REDMAN, I HAVE SOM QUESTION'S THAT YOU OR YOUR ATTARNE NEED TO ANSWER OKAY:

1. DID ALL FOUR OF YOU FIRED TWO ROUNDS EACH IN TO CELL BLOCK 2 ?_____

2. DID YOUR 12 GAUGE SOUND AS LOUD AS A 12 GAUGE SHALL WOULD MAKE ?_____

3. DID YAUALL GO TO CELL TO CELL FIRING YOUR GUNS ?_____

4. HAVE YOU EVER USED YOUR 12 GAUGE BEFORE IN THE JAIL BEFORE ?_____

5. HAVE EVER USED YOUR 12 GAUGE IN ANY RIOT BEFORE 3,3,07 ?_____

6. DID YOU FIRED YOUR GUN IN DIRECT CONTACT AT ANY ONE INMATE ?_____

7. THERE WERE SOME INMAT SUFFER INJURIES BUT NOT FROM YOUR GUN ?_____

8. DID SER. SHELTON USED ALL FOUR ROUNDS WHEN HE FIRED HIS GUN? _____

9. DID DEPUTY BRADLEY FIRE AND HIS ONE OR MORE OF THE INMATES? _____

10. WOULD YOU TELL US THE NAME OF JAILERS THAT WAS STANDING NEARBY ALEX PYATT? _____

11. THE RECORDS INDECATED THAT CELL BLOCK 2 WAS LOCK DOWN AS CELL 17 WAS? _____

12. WAS THE INMATES ABLE TO SLAMMED THE DOORS BY THEMSELVES? _____

13. DID YOUALL OPEN FIRE BEFORE ENTERED CELL 2 TO GET INMATE COUNCIL? _____

14. WHY SER. SHELTON COULD NOT PULL THE INMATES FROM UNDER BUNK? _____

15. HE THE INMATE WAS IN HAND REACH AT ALL TIME? _____

16. THERE WERE NO NEED TO SHOOT THE INMATE WHILE HE WAS PEN DOWN? _____

17. YOUALL WAS ENGERY THAT YOUALL HAD TO STOPPED WHAT YOU WAS DOING AND RETURNED TO THE JAIL? _____

18. HAD THAT BEAN BAG HAD NOT HIT THE FLOOR IT WOULD HAVE INJURY THE INMATE WOULD IT? _____

19. THE CELL BLOCK WAS A DAY ROOM WIT TABLES FOR ALL THE CELLES TO ENTERED RIGHT? _____

20. WAS ANY GUN FIRED IN THE DAY ROOM? _____

21. AT WHAT POINT IN THE YALL WHEN SER. SHELTON FIRED HIS GUN? _____

22. WHY THE OFFICER SAT "CENTRAL" REFUSSED TO OPEN CELL 17? _____

23. OFFICER BRADLEY TASER COUNCIL HIM TWICE AND OUTSIDE THE CELL 17 RIGHT? _____

24. SER. SHELTON SHOT HIM TWICE UNDER THE BUNK RIGHT? _____

DONE THIS THE DAY OF March 27 2008

Certificate of Service
Webb & Elley
P.O. Box 240909
Montgomery Al, 36124

X _____ Derek Dode