IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DEREK DEDE.
PLAINTIFF.

CIVIL ACTION NO. 1:07-CV-929-WKW

V.

EX-SHERIFF BEN MOATES, et al.,
DEFENDANT'S.

RECEIVED 2008 APR -1 A 9 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FEDERAL RULES OF CIVIL PROCEDURE
RULE 33. INTERROGATORIES TO PARTIES

STATE OF ALABAMA )
COUNTY OF COFFEE )

OFFICER RICHARD B. MOSS. WE HAVE SOME GENERAL QUESTION'S YOU ARE YOUR ATTORNEY NEED TO ANSWER:

1. WHEN DID YOU TAKE OFFICE AS DEPUTY SHERIFF'S, DATE AND YEAR? _____

2. WHAT DAY AND YEAR YOU BECAME A JAIL ADMINISTRATOR FOR COFFEE COUNTY, 7/16/2007

3. IF YOU NEVER SEEN AN INMATE WITH ACTIVE TUBERCULOSIS WHILE BEING IN THE COFFEE COUNTY JAIL?

4. WHY WAS MR. DEDE WERE TAKING I.N.H IF HE WAS NOT EXPORSURE TO T.B.?

5. WOULD YOU CONSIDER TASERING AN INMATE TWICE + SHOOTING HIM TWO OR MORE WITH BEAN BAGS MISTREATING HIM?

6. DID you LEARNED THAT OFF DUTY CORRECTION OFFICER ASSIST IN RETAKING OF THE JAIL?

7 COULD you TELL US HOW MANY INMATIES WERE INJURY FROM THE BEAN BAG'S SHOOTING?

8 WAS CHIEF DEPUTY RONNIE WHITWORTH AND DEPUTY NEAL BRADLEY WAS THERE ALSO?

SINCE you WERE NOT THERE THE OTHER QUESTIAN'S I HAVE you CANNOT ANSWER THEM.

DONE THIS THE ___ DAY OF March 27 2008

certificate of Service
Webb & Elley
P.O. Box 240 909
montogomery AL, 36124
x  Derek Dede

cc