IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHREN DIVISON

DEREK DEDE.
    PLAINTIFF.
V.
                                      CIVIL ACTION NO. 1:07-CV-929 WKW
SHERIFF'S BEN MOATES, et al.,
        DEFENDANT'S

STATE OF ALABAMA;
COUNTY OF COFFEE;

FEDERAL RULES OF CIVIL PROCEDURE
RULE 33 INTERROGATORIES TO PARTIES

OFFICER CANDINA STOKES, I AM GOING TO ASK YOU SOME GENERAL QUESTIONS, YOU ARE YOUR ATTORNEY NEED TO ANSWER OKAY.

1. WAS THERE ANY REASONS WHY THE FORCE WAS USED AFTER YOU HAD ESCORTING MARCUS SNELL TO INTAKE?

2. WHO ORDERED THE SHOTING IN CELL BLOCK 2 NAME AND ADDRESSED?

3. WAS YOU WERE ONE OF THE OFFICER'S HAD TO USE YOUR TASER DEVISE, THE X-26 ON MARCUS SNELL IN CELL BLOCK 2?

4. WERE YOU ABLE TO TAKE MARCUS FROM CELL BLOCK BY YOUR SELF?

5. DID YOU HAVE ANY ONE WITH YOU WHEN YOU GOT MARCUS FROM UNDER THE BUNK AFTER TWO MORE TASER?

6. IF THERE WERE OTHER OFFICER'S ASSIST YOU NAMES AND ADDRESSES,?

7. IF YOU WERE ABLE TO PUT MR. SNELL IN HANDCUFF'S THEN THERE WERE NO REASON TO USED FORCE?

8. HOW MANY INMATES YOU HAD TO PUT IN HANDCUFFS ON MARCH 3, 2007?

9. WHERE WERE YOU WAS ON ACTIVE DUTY OR ANY DAY YOU SERVED?

10. WHO DEPARTMENT'S YOU WAS HIRD FOR DUTY TO OBTAINED YOUR INCOME NAME AND ADDRESSES?

11. WERE YOU UPSET WHEN THAT INMATE THROWN WHAT YOU SAID WAS URINE?

12. DID YOU RETURN TO CELL BLOCK TO PUT THAT INMATES IN CUSTODY THAT THROWN URINE ON YOU?

13. WHO WAS THE SHERIFF'S AT THAT TIME WHEN THE FORCE WAS MADE NAME AND ADDRESS?

14. DID NEAL BRADLEY HAVE A GUN WITH HIM OR HER WHEN THE FORCE ENTERY?

15. WHO PUT INMATE COUNILIN CUSTODY THAT DAY AND PUT CUFF'S ON HIM NAME AND ADDRESS?

16. DID YOU RETURN AND PUT INMATE ALLES PYATT IN HAND CUFF'S?

17. WHAT FORCE WAS USED TO GET MR PYATT OUT OF CELL BLOCK 17?

18. WHO PUT HANDCUFFS ON MR. PRATT THAT DAY. NAME AND ADDRESS? _____

19. IF YOU WERE ~~WAS~~ ESCORTING MARCUS SNELL FROM CELL BLOCK 2 WHEN THE OTHER OFFICER'S ARRIVED THEY WERE LOCK DOWN? _____

DONE THIS THE DAY OF
March 27  2008

Certificate of Service
Webb & Elley
P.O. Box 240409
Montgomery AL, 36124

x _Derek Deeds_