IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION
RECEIVED

2008 APR -1 A 9 28

DEBRA P. HACKETT CLR
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE.

PLAINTIFF,

V.

CIVIL ACTION NO 1:07-CV-929-WKW

EX SHERIFF BEN MOATES, ET. al.,

DEFENDANT'S.

FEDEAL RULES OF CIVIL PROCEDURE
RULE 36, REQUEST FOR ADMISSION

STATE OF ALABAMA )
COUNTY OF COFFEE )

1. ADMIT THAT YOU WERE AT THE JAIL LONGER THEN
JUNE 12, 2006 YES OR NO. _____

2. ADMIT THAT MR. DEDE DID NOT RECEIVED MEDICAL TREATMENT
ON 5-3-06. YES OR NO _____

3. ADMIT THAT YOU WERE AT THE COFFEE COUNTY JAIL ON OR
ABOUT 9,16,2006. YES OR NO. _____

4. ADMIT THAT THAT ON 5-3-06 MR. DEDE REQUESTED MEDICAL
ASSISTANCE AND DID NOT RECEIVED IT, YES OR NO _____

5. ADMIT THAT ON 6,26,06 MR. DEDE REQUESTED MEDICAL
TEST FOR T B. YES OR NO _____

6. ADMIT THAT MR. DEDE WENT TO THE CLINICS ON AUG.
4, 2006. YES OR NO _____

7. ADMIT THAT ON 7,16,06 YOU WERE AT THE JAIN YES OR NO _____

8. 8,23,06 A REQUEST THAT HE HAD PASSED OUT FROM HITTING HIS HEAD ON THE TOITET YES ON NO _____

9 ADMIT THAT ON 6,7,06 HENRY STEWART COCHRAN, SEEN MR DEDE, YES OR NO _____

10. ADMIT AS STRICT PROOF THAT YOU WERE AT THE YAIL ON 9,10,06, YES OR NO.

11. ADMIT THAT ON 10,5,06 YOU WERE AT THE JAIL YES OR NO

12. ADMIT THAT RESPONSIBLE FOR RAPPOVING TRANSPORTING DAY TO DAY FOR MEDICAL CARE. YES OR NO _____

13. ADMIT THAT you SERVED ADMINISTRATOR THROUGH 11,20, 06, YES OR NO _____

14. ADMIT THAT ON 5,3,06 MR. DEDE GRIEVANCE WAS ABOUT HIS HEAD INJURY YES OR NO _____

15. ADMIT THAT MR DEDE DID NOT RECEIVED ANY TREATMENT'S REGARDING HEAD INJURY.

Done This the Day of
March 27, 2008

Certificate of Service
Webb + Elley
P. O. Box 240.909
Montgomery Al, 36124
x Derek Dede