IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE,
PLAINTIFF,

V.

CIVIL ACTION NO. 1:07-cv-929-WKW

EX SHERIFF BEN MOATES ET. AL.,
DEFENDANT'S

RECEIVED
2008 APR -1 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FEDERAL RULES OF CIVIL PROCEDURE
RULE 36. REQUEST FOR ADMISSION

STATE OF ALABAMA )
COUNTY OF COFFEE )

OFFICER RICHARD B MOSS. WE NEED YOU TO ANSWER THESE QUESTION BY YES OR NO, BY YOU ARE YOUR ATTORNEY:

1  ADMIT THAT THERE WERE NO FIGHTING IN THE JAIL ON 3.3.07 YES OR NO _____

2. ADMIT THAT THE INMATES JUST REFUSING TO LOCK DOWN YES OR NO _____

3. ADMIT THAT IF YOUR HAS BEEN PUT IN GRATE FEAR BY WHAT APPEAR TO BE A WAR ZONE IT WOULD EFFECT YOU YES OR NO _____

4 ADMIT THAT REPEATING FIRING MADE LOUD SOUNDS THAT COULD HAVE TRAUMATIZED MR DEDE YES OR NO _____

5. ADMIT THAT IF HE STILL HAVING TO TAKE _____ HE STILL TRAUMATIZED YES OR NO _____

ADMIT SEEING A 12 GAUGE SHOTGUN IN JAIL SHOOTING AS IT WAS REAL WILL TRAUMATIZED YOU YES OR NO \_\_\_\_\_

7. ADMIT THAT IF THREE OFFICER'S GO IN CELL BLOCK AND PUT CUFF'S IN AN INMATE IS AN INDECATING OF NO FIGHTING YES OR NO \_\_\_\_\_

8. ADMIT THAT IT DID NOT TAKE YOU AN HALF HOURS TO GET TO THE JAIL ON 3,3,07 YES OR NO \_\_\_\_\_

DONE THIS THE \_\_\_ DAY OF March 27 2008

Certificate of Service
Webb & Elley
P.O. Box 240909
Montgomery Al, 36124

x _____
x Jereh Deele