IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

The plaintiff filed interrogatories and requests for admissions on April 1, 2008 (Court Doc. No. 52 through Court Doc. No. 59). In such documents, the plaintiff seeks information from the defendants which is (i) cumulative or duplicative in nature to information provided in the evidentiary materials filed by the defendants in support of their special report, and/or (ii) irrelevant to a determination of the constitutional issues before this court. Accordingly, it is

ORDERED that no responses to these requests for discovery be filed by the defendants.

Done this 2nd day of April, 2008.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE