```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004519
Cashier ID: brobinso
Transaction Date: 04/02/2008
Payer Name: EASTERLING CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:         $21.00
----------------------------------------
CHECK
 Check/Money Order Num: 3357
 Amt Tendered:   $21.00
----------------------------------------
Total Due:       $21.00
Total Tendered:  $21.00
Change Amt:      $0.00
```