IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the objection filed by the defendants on April 3, 2008, and for good cause, it is

ORDERED that the order entered on April 2, 2008 (Court Doc. No. 60) be and is hereby VACATED to the extent it requires the defendants to produce copies of all incident reports/officer statements prepared as a result of the March 3, 2007 inmate riot. Accordingly, it is further

ORDERED that the motion for discovery filed by the plaintiff on April 1, 2008 (Court Doc. No. 51) be and is hereby DENIED in all respects.

Done this 4th day of April, 2008.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE