IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

RECEIVED
2008 APR -8 A 10:01
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE, #253851
   PLAINTIFF,

V.                                     CIVIL ACTION NO. 1:07929-WKW

EX-SHERIFF BEN MOATES, ET AL.,
   DEFENDANTS.

## MOTION FOR ENLARGEMENT OF TIME

STATE OF ALABAMA )
COUNTY OF COFFEE )

COMES NOW THE PLAINTIFF DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVE THIS HONORABLE COURT WITH THIS INSTANT MOTION IN THE ABOVE STYLE CAUSE, AND WILL OFFER THE FOLLOWS:

1. THE PLAINTIFF IS DUE TO FILE HIS RESPONSE TO THE DEFENDANT'S SPECIAL REPORT BY APRIL 10, 2008. DUE TO THE DISCOVER MOTION FILED, THE DEFENDANT'S HAS TO DISCLOSE BY APRIL 17, 2008.

2. THE PLAINTIFF'S IS SEEKING AN ORDER FOR ENLARGEMENT OF TIME, BEING DISCLOSURE OF DEFENDANT'S APRIL 17, 2008.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADING UPON:

WEBB & ELEY, P.C.
P.O. BOX 240809
MONTGOMERY, ALABAMA 36124

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PAID AND PROPERLY ADDRESSED APRIL 7, 2008

RESPECTFULLY SUBMITTED
DEREK DEDE. #253851
200 WALLACE DRIVE
CLIO, ALABAMA 36017

CC:

2

Derek Dede #253851 E1-18-B
Easterling Corr Facility
200 Walace Dr.
Clio Al, 36017

MONTGOMERY AL 361
07 APR 2008 PM 4 L

USA FIRST-CLASS FOREVER

OFFICE OF The CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MontGomery, Al, 36101-0711

36101+0711