IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE, #253851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW | |
| | ) | |
| SHERIFF BEN MOATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motion for discovery filed by the plaintiff on April 1, 2008 (Court Doc. No. 51), and as the plaintiff presents claims of emotional distress related to actions which occurred on March 3, 2007, it is

ORDERED that on or before April 18, 2008 the defendants shall show cause why the motion for discovery should not be granted to the extent that the plaintiff seeks copies of all incident reports/officer statements prepared as a result of the March 3, 2007 inmate riot.

Done this 8th day of April, 2008.

_____/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE