IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on April 1, 2008 (Court Doc. No. 51), the response to such motion filed by the defendants on April 17, 2008 (Court Doc. No. 69) and the plaintiff's objection to such response (Court Doc. No. 70), it is

ORDERED that the motion for discovery be and is hereby DENIED as the documents and information sought by the plaintiff are not relevant to disposition of the issues properly pending before this court.

Done this 24th day of April, 2008.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE