IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 23, 2008 (Court Doc. No. 70), which the court construes to contain a motion to compel production of documents, and for good cause, it is

ORDERED that the motion to compel be and is hereby DENIED as the documents and information sought by the plaintiff are not relevant to disposition of the issues properly pending before this court.

Done this 24th day of April, 2008.

                                                    /s/ Susan Russ Walker
                                                    SUSAN RUSS WALKER
                                                    UNITED STATES MAGISTRATE JUDGE