```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004925
Cashier ID: khaynes
Transaction Date: 05/01/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:        $26.00
-----------------------------------
CHECK
 Check/Money Order Num: 3416
 Amt Tendered:  $26.00
-----------------------------------
Total Due:      $26.00
Total Tendered: $26.00
Change Amt:     $0.00
```