IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

DEREK DEDE #253851
    PLAINTIFF,

V.                          CIVIL ACTION NO. 1:07-CV-929-WKW

EX SHERIFF BEN MOATES, et. al.,
    DEFENDANTS

MOTION PURSUANT TO RULE 38
JURY TRIAL OF RIGHTS

COMES NOW THE PLAINTIFF'S DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE, AND MOVE TO OFF THE FOLLOWS:

1. THE RIGHT PRESERVED. THE RIGHT TO TRIAL BY JURY AS DECLARED BY THE SEVENTH AMENDMENT TO THE CONSTITUTION OR AS GIVEN BY A STATUTE OF THE UNITED STATES SHALL BE PRESERVED TO THE PARTIES INVIOLATE.

2. DEMAND. ANY PARTY MAY DEMAND A TRIAL BY JURY OF ANY ISSUES TRIABLE OF RIGHT BY JURY BY (1) SERVING UPON THE OTHER PARTIES A DEMAND THEREFORE IN WRITING AT ANY TIME AFTER THE COMMENCEMENT OF THE ACTION AND NOT LATER THAN 10 DAYS AFTER THE SERVICE OF THE LAST PLEADING DIRECTED TO SUCH ISSUE, AND FILING DEMAND AS REQUIRED BY RULE 5(D). SUCH DEMAND MAY BE INDORSED UPON A PLEADING OF THE PARTY.

1

CC:

RULE 39. TRIAL BY JURY OR BY COURT

3. TRIAL BY JURY. WHEN TRIAL BY JURY HAS BEEN DEMANDED AS PROVIDED IN RULE 38, THE ACTION SHALL BE DESIGNATED UPON THE DOCKET AS A JURY ACTION. THE TRIAL OF ALL ISSUES SO DEMANDED SHALL BE BY JURY.

4. THE ISSUE OF TUBERCULOSIS IS A GENUINE ISSUE TRIAL BY JURY, PLAINTIFF DEREK DEDE HAD A RIGHT NOT TO BE EXPOSED TO THAT DECEASED. AND DEMAND TRIAL BY JURY IS REQUIRED.

5. A DEMAD TRIAL BY JURY OF USING EXCESSIVE FORCE IS A GENUINE ISSUE OF JURY TRIAL, AND A DEMAND FOR TRIAL BY JURY OF THE ISSUES IS A CONSTITUTIONAL RIGHT TO THE PARTIES IN VIOLATION.

6. UPON FURTHER DISCOVERY OF DELAY IN MEDICAL TREATMENT IS A GENUINE OF TRIAL BY JURY, AND A DEMAND FOR JURY TRIAL IS REQUIRED BY THE CONSTITUTIONAL OF THE UNITED STATES IS REQUIRED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF FOREGOING PLEADING UPON

WEBB & ELEY, P.C.
P.O. BOX 240909
MONTGOMERY, ALABAMA 36124

BY PLACING IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED MAY 5       2008

RESPECTFULLY SUBMITTED
DEREK DEDE.

CC:

2