IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 MAY -9  A 9: 26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DEREK DEDE, #253851,
PLAINTIFF,

V.                                CIVIL ACTION NO.: 1:07-CV-929-WKW

EX-SHERIFF BEN MOATES, ET. AL.,
DEFENDANT'S.

## MOTION PURSUANT TO RULE 45, SUBPOENA

COMES NOW THE PLAINTIFF DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO ISSUE AN ORDER IN THE ABOVE STYLE CAUSE, AND FOR GOOD CAUSE WILL OFF THE FOLLOWS:

1. THE PLAINTIFF COMMAND EACH PERSON TO WHOM IT IS DIRECTED TO ATTEND AND GIVEN TESTIMONY OR TO PRODUCE AND PERMIT INSPECTION AND COPYING OF DESIGNATED BOOKS, DOCUMENTS OR TANGIBLE THING'S IN THE POSSESSION, CUSTODY OR CONTROL OF THAT PERSON, OR TO PERMIT INSPECTION OF PREMISES, AT A TIME AND PLACE THEREIN SPECIFIED;

2. SET FORTH THE TEXT OF SUBDIVISIONS (C) AND (D) OF THIS RULE.

A COMMAND TO PRODUCE EVIDENCE OR TO PERMIT INSPECTION MAY BE JOINED WITH A COMMAND TO APPEAR AT A TRIAL OR HEARING OR AT DEPOSITION, OR MAY BE ISSUE SEPARATELY.

1

CC:

3. ZACK DENNIS, A DEMAND YOU TO APPEAR AND GIVE TESTIMONY OF DENNIS COOPER OF HIS FIRST ENTERY OF COFFEE COUNTY JAIL, AND TESTIMONY AS TO YOUR LAST EMPLOYMENT AT THE JAIL. AND DISPOSITION OF EACH INMATES THAT WAS CONTAINATION BY DENNIS COOPER.

4. EX-SHERIFF'S BEN MOATES, A DEMAND YOU TO APPEAR AND GIVE TESTIMONY TO THE PROCEEDING'S AS TO YOUR POLICY AND TRAINING OF DEPUTIES.

5. RICHARD MOSS, A DEMEND YOU TO APPEAR AND GIVE TESTIMONY AS TO YOUR KNOWLEDGE OF TUBERCULOSIS OF OTHER INMATES AND DENNIS COOPER ENTERY OF THE COUNTY JAIL.

6. OFFICER AUSTIN REDMAN. A DEMAND YOU TO APPEAR AND GIVE TESTIMONY AS TO ACESSIVE FORCE USED ON 3-3-07 AND ANY OTHER MATTER'S OCCURRED. CELL 2.

7. OFFICER JEFFERY W. SHELTON, A DEMAND YOU TO APPEAR AND GIVE TESTIMONY AS TO WHAT FORCED YOU USED THAT WAS UNNECESSARY. CELL 2.

8. OFFICER CANDIDA, A DEMAND YOU TO APPEAR AND GIVE TESTITMONY DEALING WITH THE FORCE YOU USED IN CELL 2.

## CETIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SERVED A COPY OF THE FOREGOING PLEADING UPON:

WEBB & ELEY, P.C.
P.O. BOX 240909
MONTGOMERY, ALABAMA 36124

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED __MAY 5__ 2008

2

CC: