IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-CV-929-WKW |
| ) | |
| SHERIFF BEN MOATES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for issuance of subpoenas filed by the plaintiff on May 9, 2008 (Court Doc. No. 76), and as there is no proceeding currently scheduled for which such action is required, it is

ORDERED that this motion be an is hereby DENIED.

Done this 12th day of May, 2008.

                                               /s/ Susan Russ Walker
                                       SUSAN RUSS WALKER
                                       UNITED STATES MAGISTRATE JUDGE