**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Henry Cochran
Coffee County Jail
County Complex #4
New Brockton, AL 36351

amd to cmp or cmp
order 5/27

2. Article Number
7007 2680 0003 1841 7367

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Charlotte Whitfield
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery  5-27-08

address different from item 1? ☐ Yes
ter delivery address below: ☐ No

07cv929

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt                102595-02-M-1540