IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK DEDE, #253851,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-929-WKW |
| | ) |
| **SHERIFF BEN MOATES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Ben Moates, Zack Ennis, Richard Moss, Candy Stokes, Jeffrey Shelton, and Austin Redman, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendants Richard Moss, Candy Stokes, Jeffrey Shelton, and Austin Redman.

Respectfully submitted this the 29th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909dede
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the **29th** day of **May, 2008**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Derek Dede
        AIS 253851
        ADOC Easterling
        Easterling Correctional Facility
        200 Wallace Drive
        Clio, Al 36071-2615

              **s/Joseph L. Hubbard, Jr.**
              OF COUNSEL