```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005334
Cashier ID: brobinso
Transaction Date: 06/02/2008
Payer Name: EASTERLING CORR FACILITY
--------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:        $24.00
--------------------------------
CHECK
 Check/Money Order Num: 3489
 Amt Tendered:  $24.00
--------------------------------
Total Due:      $24.00
Total Tendered: $24.00
Change Amt:     $0.00
```