IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: Derek Dede
  PETITIONERS,
VS.                                CIVIL ACTION NO: 1:07 cv 929

STATE OF ALABAMA, et al.,
  DEFENDANTS.

RECEIVED
2008 JUL -7 A 10: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR JUDGMENT: COSTS. PURSUANT TO RULE 54:

COMES NOW THE PETITIONER'S DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT'S TO ISSUE AN ORDER GRANTING THE ABOVE STYLE CAUSE, AND WILL OFFER THE FOLLOWS:

1. THE PETITIONER'S CONTENDS TO THIS COURT'S THAT HE DON'T HAVE ACESS TO THE AMOUNT THAT COULD BE COMPUTERED FOR DEFAULT JUDGMENT, AS PART OF THE DAMAGE ATTORNEY FEES IN THE AMOUNT OF $75. PER-HOUR, AND COURT'S COSTS IS TO BE PAID:

CC:

2. FURTHER CONTENDS THAT DAMAN FOR THE INJURY THAT WAS SUBSTAIN DURING THE COURSE OF HIS INCARCERATION IN THE COFFEE COUNTY JAIL. AND FIVE THOUSAND FOR THE DAMAGED HEREWED IN THE JAIL. DEFENDANT'S IS TO PAY ALL TAXES TOWARD THE RELIEF SOUGHTS:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF FOREGOING PLEADING'S UPON:

BY PLACING SAME IN THE UNITED STATES MAIL FIRST CLASS POSTAGE PREPAID AND PROPERTLY ADDRESSED THIS THE ___ DAY OF ___ 2008

RESPECTFULLY SUBMITTED

CC:

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: Derek Dede
PLAINTIFF,
~~PETITIONERS.~~

VS.

CIVIL ACTION NO: 1:07 CV 929

STATE OF ALABAMA, et. al.,
DEFENDANT'S.

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED AUTHORITY, A NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE, PERSONALLY APPEARED, DEREK DEDE, WHO BEING KNOWN TO ME AND BEING BY ME DULY SWORN, DEPOSES AND SAY UNDER OATH AS FOLLOWS:

MY NAME IS DEREK DEDE. I AM PRESENTLY AN INMATE IN THE DEPARTMENT OF CORRECTIONS, EASTERLING CORRECTIONAL FACILITY. 200 WALLACE DRIVE CLIO, ALABAMA 36017. I AM OVER TWENTY-ONE (21) YEAR OF AGE.

1. THIS COURT ORDER DEFENDANT'S TO FILE A SPECIAL REPORT TO THE AMEND PETITION IN MAY 30 2008 AND DEFENDANT HAVE FAILED TO FILE A SPECIAL REPORT AS ORDERED TO DO SO. DEFENDANT'S HAVE DISOBEY THIS COURT ORDERED, AND RELIEF IS DUE FOR FAILURE TO COMPLY WITH THIS COURT ORDERED OF MAY 30 2008;

AFFIDAVIT/DEDE/
CC:

1.

2. PLAINTIFF SEEK ATTORNEY FEES AT $75 PER-HOURS AND FOR INJURY SUBSTAINED DURING THE COURSE OF HIS STAY IN THE COFFEE COUNTY JAIL, AND FIVE (5) THOUSAND FOR DAMAGE HE RECEIVED WHILE IN COFFEE COUNTY JAIL, AND DEFENDANT'S PAY ALL TAXS AND COURT COSTS:

3 ANY DIFFER DECISION MIGHT BE REACH UPON AN HEARING SET BY THIS COURT'S, AND DEMAN FOR JUDGMENT SHALL BE ENTER AS REQUIRES BY THE RULES:

RESPECTFULLY SUBMITTED

X Derek Dede

AFFIDAVIT/DEDE/

2

CC:

*Derek Dedl*

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 1 DAY OF JULY 2006

_____
NOTARY PUBLIC.

MY COMMISSION EXPIRE ADDED EFF,        6-7-2016

AFFIDAVIT/DEDE/

CC:

3