IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:- Derek Dede

VS.

CIVIL ACTION NO:- 1:07 cv 929

STATE OF ALABAMA, et al.,
DEFENDANT'S,

MOTION FOR DEFAULT JUDGMENT
PURSUANT TO RULE 55.

COMES NOW THE PETITIONER DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT'S FOR AN ORDER GRANTING THE ABOVE STYLE CAUSE, AND WILL OFFER THE FOLLOWS:

1. ON MAY- 2008 THIS COURT ORDER DEFENDANT'S TO FILE A SPECIAL REPORT TO THE AMEND PETITION BY JUNE 30/2008. SENCE THEN THEIR ATTORNEY FILED A MOTION TO WITHDRAW AND NO FURTHER ACTION BEEN TAKEN ON BEHALF OF DEFENDANT'S PART:

CC:

1.

2. BY THE CLERK. WHEN THE PLAINTIFF'S CLAIM AGAINST A DEFENDANT IS FOR A SUM CERTAIN OR FOR A SUM WHICH CAS BY COMPUTATION BE MADE CERTAIN. THE CLERK UPON REQUEST OF THE PLAINTIFF AND UPON AFFIDAVIT OF THE AMOUNT DUE SHALL ENTER JUDGMENT FOR THAT AMOUNT AND COSTS AGAINST THE DEFENDANT. IF THE DEFENDANT HAS BEEN DEFAULTED FOR FAILURE TO APPEAR AND IS NOT AN INFANT OR INCOMPETENT PERSON.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADINGS UPON:

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGED PREPAID AND PROPERLY ADDRESSED THIS THE 1 DAY OF JULY 2008

RESPECTFULLY SUBMITTED
x Derek Dede

2

rck Dede
 Walace Dr
 Al, 36017

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, Al, 36001-0711