IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE, #253851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW | |
| | ) | |
| SHERIFF BEN MOATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 7, 2008 (Court Doc. No.

87), which the court construes to contain a motion for costs and monetary damages, and for

good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent that the

plaintiff seeks to amend his complaint with respect to costs and damages.  It is further

ORDERED that this motion be and is hereby DENIED in all other respects.

Done this 8th day of July, 2008.


       /s/ Susan Russ Walker
      SUSAN RUSS WALKER
      CHIEF UNITED STATES MAGISTRATE JUDGE