IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 7, 2008, the Clerk erroneously accepted and filed a motion for judgment (Court Doc. No. 87) and motion for default judgment (Court Doc. No. 88) on behalf of the plaintiff. These documents are not properly before the court as they were submitted without the requisite permission of the court. *Order of December 3, 2007 - Court Doc. No. 11* at 3 ("No ... dispositive motions addressed to the complaint [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*. Accordingly, it is

ORDERED that the motion for judgment (Court Doc. No. 87) and motion for default judgment (Court Doc. No. 88) submitted by the plaintiff on July 7, 2008 be stricken from the docket and returned to the plaintiff.

Done this 8th day of July, 2008.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE