IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE, #253851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) | |
| SHERIFF BEN MOATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 18, 2008 defendant Henry Cochran shall (i) show cause why he has failed to file a written report in compliance with the order entered on May 22, 2008 (Court Doc. No. 80), and (ii) file the requisite written report.

Done this 8th day of July, 2008.

       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       CHIEF UNITED STATES MAGISTRATE JUDGE