IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEREK DEDE. #253851
  PLAINTIFF,

V.

EX SHERIFF BEN MOATES, ET. AL.,
  DEFENDANT'S

CIVIL ACTION NO: 1:07-CV-929-WKW

RECEIVED
2008 JUL -8  A 10: 11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION PURSUANT TO RULE 38
## JURY TRIAL OF RIGHTS

COMES NOW THE PLAINTIFF DEREK DEDE, PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT IN THE ABOVE STYLE CAUSE, AND MOVE TO OFFER THE FOLLOWS:

1. THE RIGHT PRESERVED, THE RIGHT TO TRIAL BY JURY AS DECLARED BY THE SEVENTH AMENDMENT TO THE CONSTITUTION OR AS GIVEN BY A STATUTE OF THE UNITED STATES SHALL BE PRESERVED TO THE PARTIES INVIOLATE.

2. DEMAND: ANY PARTY MAY DEMAND A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY BY (1) SERVING ANY TIME AFTER THE COMMENT OF THE ACTION AND NOT LATER THEN 10 DAYS AFTER THE SERVICE OF THE LAST PLEADING DIRECTED TO SUCH ISSUE, AND FILING DEMAND AS REQUIRED BY RULE 5(D). SUCH DEMAND MAY BE INDORSED UPON A PLEADING OF THE PARTY.

1

CC:

RULE 39. TRIAL BY JURY OR BY COURT

3. TRIAL BY JURY. WHEN TRIAL BY JURY HAS BEEN DEMANDED AS PROVIDED IN RULE 38, THE ACTION SHALL BE DESIGNATED UPON THE DOCKET AS A JURY ACTION. THE TRIAL OF ALL ISSUES SO DEMANDED SHALL BY BY JURY.

4. THE ISSUE OF TUBERCULOSIS IS A GENUINE ISSUE TRIAL BY JURY. DEREK DEDE HAD A RIGHT NOT TO BE EXPOSED TO THAT DECEASED, AND DEMAND TRIAL BY JURY IS REQUIRED.

5. A DEMAND TRIAL BY JURY OF ISSUE EXCESSIVE FORCE IS A GENUINE ISSUE OF JURY TRIAL AND A DEMAND FOR TRIAL BY JURY OF THE ISSUE IS A CONSTITUTIONAL RIGHT TO THE PARTIES IN VIOLATION.

6. UPON FURTHER DISCOVERY OF DELAY IN MEDICAL TREATMENT IS A GENUINE ISSUE OF TRIAL BY JURY, AND DEMAND FOR JURY TRIAL IS REQUIRED BY THE CONSTITUTIONAL OF THE UNITED STATES IS REQUIRED.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SERVED A COPY OF THE FOREGOING PLEADING UPON:

WEBB & ELEY, P.C.
P.O. BOX 240909
MONTGOMERY, ALABAMA 36124.

BY PLACING IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED July 3           2008

RESPECTFULLY SUBMITTED

DEREK DEDE.

CC:

2

Derek Dede #253851 E1-18-B
E.C.F.
200 Walace Dr
Clio Al, 36017

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL 36101-0711

