IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for jury trial of right filed by the plaintiff on July 8, 2008 (Court Doc. No. 92), and for good cause, it is

ORDERED that:

1. To the extent the plaintiff seeks leave to submit a jury demand under Rule 38, *Federal Rules of Civil Procedure*, as to all claims for relief this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

2. To the extent the plaintiff seeks an order setting this case for a jury trial, this motion be and is hereby DENIED.

Done this 8th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE