IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 JUL 24 A 9:58

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN RE:

    PLAINTIFF.

VS.                      CIVIL ACTION NO: 1:07-CV-929-WKW

STATE OF ALABAMA, ET. AL.,
    DEFENDANTS.

## MOTION TO POINT A MASTERS

COMES NOW THE PLAINTIFF DEREK DEDE (PRO-SE') AND RESPECTFULLY MOVES THIS HONORABLE COURT'S TO ISSUE AN ORDER GRANTING THE ABOVE STYLE CAUSE, AND MOVE TO OFFER THE FOLLOWS:

1. THE ASSISTANCE FOR PLAINTIFF CONTENDS THAT A MASTERS IS NEEDED TO ASSISTED PLAINTIFF IN THIS ACTIONS AT HAND, THE PLAINTIFF BEEN AGED IN THIS PROCEEDING'S, A MASTERS IS NEEDED TO ASIST PLAINTIFF.

2. THE COURT'S IN WHICH ANY ACTION IS PENDING MAY APPOINT A SPECIAL MASTER THEREIN, AS USED IN THESE RULES, THE WORD "MASTER" INCLUDES A REFEREE, AN AUDITOR, AN EXAMINER, AND AN ASSESSOR, THE COMPENSATION TO BE ALLOWED TO A MASTER SHALL BE FIXED BY THE COURT.

CC:

2. AND SHALL BE CHARGED UPON SUCH OF THE PARTIES OR PAID OUT OF ANY FUND OR SUBJECT MATTER OF THE ACTION, WHICH IS IN THE CUSTODY AND CONTROL OF THE COURT AS THE COURT MAY DIRECT; PROVIDED THAT THIS PROVISION FOR COMPEN-SATION SHALL NOT APPLY WHEN A UNITED STATES MAGISTRATE JUDGE IS DESIGNATED TO SERVE AS A MASTER.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAS SERVED A COPY OF THE FOREGOING PLEADINGS UPON:

BY PLACING SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGED PREPAID AND PROPERLY ADDRESSED THIS THE ___ DAY OF JULY 2008

RESPECTFULLY SUBMITTED

X

2

CC: