IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and as it does not appear that service has been properly perfected on Dr. Henry Cochran, it is

ORDERED that the show cause order entered on July 8, 2008 (Court Doc. No. 91) be and is hereby VACATED. The Clerk is hereby DIRECTED to serve Dr. Henry Cochran at 712 County Road 114, Abbeville, Alabama 36310 with a copy of the complaint (Court Doc. No. 1), initial amendment to the complaint (Court Doc. No. 29), the May 21, 2008 amendment to the complaint (Court Doc. No. 79) and the order entered on May 22, 2008 (Court Doc. No. 80). It is further

ORDERED that within thirty (30) days of service of the aforementioned documents Dr. Henry Cochran shall file a written report addressing the claims lodged against him.

Done this 25th day of July, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE