IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

PLAINTIFF, Derek Dede

V

STATE OF ALABAMA, et al.,
DEFENDANT'S.

CIVIL ACTION 1:07-CV-929-WKW

## MOTION TO INTERVENTION PURSANT RULE 24

COMES NOW THE PLAINTIFF Derek Dede PRO-SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT WITH THIS INSTANT MOTION IN THE ABOVE STYLE CAUSE, AND ASK THIS COURT TO GRANT THE FORESAID MOTION, AND WILL OFFER THE FOLLOWS:

1. THE PLAINTIFF CONTENDS TO THIS COURT THAT THIS COURT ORDERED ENTERED ON MAY 22, 08 HAS BEEN DISOBEY, (COURT DOC. NO. AND(i,") FILE THE REQUISTE WRITTEN RESPONSE BY THE 18TH DAY OF JULY, 08, DONE THE 8TH DAY OF JULY, 08.

CC:                                1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADINGS UPON:

    Webb & Eley, P.C.
    7475 Halcyon Pointe Drive
    P.O. Box 240909
    Montgomery Al, 36124

BY PLACING THE SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE 21 DAY OF JULY 2008.

RESPECTFULLY SUBMITTED

x Derek Oede

CC:

2