IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07-CV-929-WKW |
| ) | |
| SHERIFF BEN MOATES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on July 29, 2008 (Court Doc. No. 97), which the court construes as a motion to compel, and for good cause, it is

ORDERED that:

1. The motion to compel be and is hereby DENIED to the extent that the plaintiff seeks the filing of a supplemental special report by the jail defendants as such report was filed on June 30, 2008 (Court Doc. No. 85).

2. The motion to compel be and is hereby DENIED to the extent the plaintiff seeks a response to the complaint from Dr. Henry Cochran as service has not been properly executed on this individual.

Done this 30th day of July, 2008.

      /s/ Susan Russ Walker
      SUSAN RUSS WALKER
      CHIEF UNITED STATES MAGISTRATE JUDGE