IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In this 42 U.S.C. § 1983 action, the plaintiff names Dr. Henry Cochran as a defendant. Service was attempted but unperfected on Dr. Cochran because he was not at the address provided by the plaintiff. If a person has not been served, he is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Dr. Henry Cochran, the plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that on or before August 20, 2008 the plaintiff shall furnish the clerk's office with the correct address of Dr. Henry Cochran. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants she wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Dr. Henry Cochran he will not be considered a party to this cause of action, the court will on its own initiative dismiss the

claims against Dr. Cochran and this case will proceed against only the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 30th day of July, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE