Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005961
Cashier ID: khaynes
Transaction Date: 08/01/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: DEREK DEDE
 Case/Party: D-ALM-1-07-CV-000929-001
 Amount:        $19.00
------------------------------------------
CHECK
 Check/Money Order Num: 3643
 Amt Tendered:  $19.00
------------------------------------------
Total Due:        $19.00
Total Tendered:   $19.00
Change Amt:       $0.00