IN THE ~~UNITED~~ DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 AUG -5 A 10:01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN RE:

    PLAINTIFF,

V.                                             CIVIL ACTION No: 1:07-CV-929

STATE OF ALABAMA, et al.,
    DEFENDANT'S,

## MOTION TO FURNISH ADDRESSES

COMES NOW THE PLAINTIFF Derek Dede PROSE, AND RESPECTFULLY MOVES TO FILE IN THIS COURT IN THE ABOVE STYLE CAUSE, AND OFFER THE FOLLOWS:

I. THE PLAINTIFF'S CONTENDS THAT HE IS AN TEMPT TO COMPLY WITH THIS COURT ORDER, HOWEVER, IF THIS NOT THE CORRECT ADDRESSES GIVEN, HE ASK TO RESOLVE THIS DISPUTE AT A HEARING THIS COURT DEEM NECESSARY.

DR. HENRY COCHRAN, 4672 COUNTY RD, 364, ELBA, ALABAMA 36323.

AND FURTHER ASK THIS COURT FOR CONSIDER RESOLUTION IF SERVICE CANNOT BE MADE AND POINT REPRESENTATION FOR THE PLAINTIFF:

2

CC:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING PLEADINGS UPON:

Webb & Eley, P.C.
7475 Halcyon Pointe Dr.
P.O. Box 240909
Montgomery, Al 36124

BY PLACING THE SAME IN THE UNITED STATES MAIL, FIRST CLASS POSTAGE PREPAID AND PROPERLY ADDRESSED THIS THE DAY OF AUGUST 3 2008

RESPECTFULLY SUBMITTED

x Derek Oede

CC:

2



Derek Dode # 253851 E1-13-B
E.C.F
260 Wallace Dr
Clio Al, 36017

OFFICE of THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Al, 36101-0711