IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEREK DEDE, #253851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-CV-929-WKW |
| | ) |
| SHERIFF BEN MOATES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to furnish address filed by the plaintiff (Court Doc. No. 101), in which the plaintiff furnishes an address for Dr. Henry Cochran in response to the order issued in this case on July 30, 2008 (Court Doc. No. 99), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to attempt service on Dr. Henry Cochran at 4672 County Road 364, Elba, Alabama 36323 with a copy of the complaint (Court Doc. No. 1), initial amendment to the complaint (Court Doc. No. 29), the May 21, 2008 amendment to the complaint (Court Doc. No. 79) and the order entered herein on May 22, 2008 (Court Doc. No. 80). It is further

ORDERED that within thirty (30) days of service of the aforementioned documents Dr. Henry Cochran shall file a written report addressing the claims lodged against him.

Done this 5th day of August, 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE