| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>(Printed Name)  C. Date of Delivery |
| Dr. Henry Cochran<br><s>4672 County Road 364</s> 1208 Highland<br>Elba, Alabama 36323 | Idress different from item 1? ☐ Yes<br>delivery address below: ☐ No<br>07CV929<br>8/5/08 Order etc |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1841 5721 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540