```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006351
Cashier ID: khaynes
Transaction Date: 09/04/2008
Payer Name: EASTERLING CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
  For: DEREK DEDE
  Case/Party: D-ALM-1-07-CV-000929-001
  Amount:          $14.00
-----------------------------------
CHECK
  Check/Money Order Num: 3715
  Amt Tendered:    $14.00
-----------------------------------
Total Due:        $14.00
Total Tendered:   $14.00
Change Amt:        $0.00
```