IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEREK DEDE., # 253851, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-929-WKW |
| | ) | |
| BEN MOATES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") (Doc. # 110), and after an independent review, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) Plaintiff's lawsuit is DISMISSED without prejudice for failure to follow the orders of the court;

(3) The costs of this proceeding shall be TAXED against the Plaintiff.

DONE this 20th day of November, 2009.

                                                    /s/  W. Keith Watkins
                                                    UNITED STATES DISTRICT JUDGE